**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division**

David Mutnick

                 Plaintiff,

v.                                                 Case No.: 1:20−cv−00512
                                                  Honorable Sharon Johnson Coleman

Clearview AI, Inc., et al.

                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 9, 2020:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion to consolidate cases [34] is granted. Enter Agreed Order. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.