IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID MUTNICK, for himself and others similarly situated, | ) ) ) | Case No. 20 C 512 |
| Plaintiff, | ) ) | Judge Sharon Johnson Coleman |
| v. | ) ) | Magistrate Judge Maria Valdez |
| CLEARVIEW AI, INC.; HOAN TON-THAT; RICHARD SCHWARTZ; and CDW GOVERNMENT LLC | ) ) ) ) ) | |
| Defendants. | ) ) | |

**AGREED ORDER**

This cause coming on to be heard on Plaintiff's Motion for Reassignment and Consolidation (ECF No. 34), due notice having been given, and the parties being in agreement without the defendants waiving any jurisdictional or other defenses, IT IS HEREBY ORDERED:

The motion is granted. Subject to an Order of the Executive Committee, the matter of *Hall v. Clearview AI, Inc., et al.*, No. 20 C 846 pending on the calendar of Judge John Z. Lee shall be reassigned to this Court's calendar and consolidated with this matter.

ENTERED:

_____
SHARON JOHNSON COLEMAN
United States District Judge

Dated:_4/9/2020_____