IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID MUTNICK, for himself and others similarly situated, | ) ) ) | |
| | ) | Case No. 20 C 512 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Sharon Johnson Coleman |
| | ) | Magistrate Judge Maria Valdez |
| CLEARVIEW AI, INC; HOAN TON-THAT; RICHARD SCHWARTZ; and CDW GOVERNMENT LLC, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## CLEARVIEW AI, INC., HOAN TON-THAT, AND RICHARD SCHWARTZ'S RESPONSE TO PLAINTIFF'S MOTION FOR REASSIGNMENT

Clearview AI, Inc., Hoan Ton-That, and Richard Schwartz (together, the "Clearview Defendants"), by their attorneys, adopt and incorporate by reference the response filed by CDW Government ("CDW-G") (Dkt. 42) to Plaintiff's Motion for Reassignment and Consolidation and "Clarified" Motion for Reassignment (Dkts. 34, 40).

The Clearview Defendants share CDW-G's concern that reassignment, but not consolidation as initially agreed to by the parties and ordered by this Court (Dkt. 37), will lead to a waste of party and judicial resources. Mutnick offers no reason in his "clarified" motion why this Court's order should now be modified. Nor does Mutnick offer any reason why this matter and *Hall v. Clearview AI, Inc.*, et al., No. 20-CV-846 (the "*Hall* Case"), should not be consolidated, and there is none. As initially requested – and agreed to by all parties – this matter and the *Hall* Case should be consolidated, consistent with the order of this Court.

DATED:  April 24, 2020   JENNER & BLOCK LLP

By: */s/  Lee S. Wolosky*
                 

     Lee S. Wolosky (*pro hac vice*)
     919 Third Avenue
     New York, New York 10022-3908
     Phone: (212) 891-1669
     LWolosky@jenner.com

     David P. Saunders
     353 North Clark Street
     Chicago, Illinois 60654
     (312) 222-9350
     Dsaunders@jenner.com

     *Attorneys for Clearview AI, Inc., Hoan Ton-*
     *That, and Richard Schwartz*

## CERTIFICATE OF SERVICE

I certify that on April 24, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

By: */s/ David P. Saunders*

David P. Saunders