IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID MUTNICK, for himself and others similarly situated, | ) ) ) | Case No. 20 C 512 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Judge Sharon Johnson Coleman |
| CLEARVIEW AI, INC.; HOAN TON-THAT; RICHARD SCHWARTZ; and CDW GOVERNMENT LLC | ) ) ) ) ) | Magistrate Judge Maria Valdez |
| Defendants. | | |
| ANTHONY HALL, on behalf of himself and all others similarly situated, | ) ) ) | Case No. 20 C 846 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Sharon Johnson Coleman |
| CDW GOVERNMENT LLC, and CLEARVIEW AI, INC., | ) ) ) | Magistrate Judge Jeffrey Cummings |
| Defendants. | ) ) | |

**DECLARATION OF RICHARD SCHWARTZ**

I, Richard Schwartz, hereby declare:

1.      I am the President of Clearview AI, Inc. ("Clearview").  My current responsibilities at Clearview include managing sales.  I have personal knowledge of the facts described below, and if called as a witness, could and would testify competently thereto.

2.      I am a resident of New York.  I serve as the primary caregiver to a close relative who has a serious medical condition.  Due to this commitment, I infrequently leave New York.

3.      I do not reside, pay taxes, or own any property in Illinois.  I do not have an Illinois driver's license or an Illinois bank account.  I have not traveled to Illinois in the past five years.

4.  I have never traveled to Illinois to conduct Clearview business.

5.  Clearview is a Delaware corporation with its headquarters and principal place of business in New York.

6.  Clearview is a technology company that collects publicly available images on the internet and organizes them into a searchable database, which can then be searched on an app by licensed users. Clearview does not share biometric information with its users.

7.  Clearview's technology searches the "open web" and public sources for image files, and downloads the files and webpage URL into a database. Anyone with internet capability is able to access the files that Clearview collects for use in its database. The images collected by Clearview were accessible to Clearview from its place of business in New York.

8.  Clearview has eight full-time employees, the majority of whom work in New York, and none of whom are in Illinois.

9.  The servers hosting the data necessary for Clearview's business are located in New York. Some of Clearview's servers are also located in New Jersey. The publicly available images collected by Clearview are stored on these servers.

10.  Clearview has no employees, real estate, servers, facilities, or offices in Illinois, nor is it registered to do business in Illinois.

11.  Clearview does not target Illinois through advertising and marketing or the use of sales and service representatives. Clearview's services and app are marketed and available nationwide.

12.  Litigation is pending against Clearview in the U.S. District Court for the Southern District of New York, including the cases *Calderon v. Clearview AI, Inc*., *Burke v. Clearview AI,*

*Inc.*, *Broccolino v. Clearview AI, Inc.*, and *McPherson v. Clearview AI, Inc.* The complaints for these cases are attached to this declaration as Exhibit 1, Exhibit 2, Exhibit 3, and Exhibit 4.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 27, 2020.

New York, New York

April 27, 2020.

Richard Schwartz