IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID MUTNICK, for himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CLEARVIEW AI, INC.; HOAN TON-THAT; RICHARD SCHWARTZ; and CDW GOVERNMENT LLC, <br><br> Defendants. | Case No. 20 C 512 <br><br> Judge Sharon Johnson Coleman |
| ANTHONY HALL, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CDW GOVERNMENT LLC and CLEARVIEW AI, INC., <br><br> Defendants. | Case No. 20 C 846 <br><br> Judge Sharon Johnson Coleman |

**DECLARATION OF HOAN TON-THAT**

I, Hoan Ton-That, hereby declare:

1. I am the Chief Executive Officer of Clearview AI, Inc. ("Clearview"). My current responsibilities at Clearview include managing technology matters. I have personal knowledge of the facts described below, and if called as a witness, could and would testify competently thereto.

2. I am a resident of New York.

1

3. I do not reside, pay taxes, or own any property in Illinois. I do not have an Illinois driver's license or an Illinois bank account. I travel to Illinois only sporadically, only one time in the past five years.

4. I have never traveled to Illinois to conduct Clearview business.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 27, 2020.

New York, New York

April 27, 2020.

_____
Hoan Ton-That