**Leonard, Donna**

| | |
|---|---|
| **From:** | Baker, Tina |
| **Sent:** | Wednesday, November 6, 2019 2:40 PM |
| **To:** | Joshi, Atul S |
| **Subject:** | RE: Purchase Request for Clearview licenses |

Marko Jukic
Clearview AI
(703) 939-2929
mmj@clearview.ai

---

**From:** Joshi, Atul S
**Sent:** Wednesday, November 6, 2019 1:45 PM
**To:** Baker, Tina
**Subject:** RE: Purchase Request for Clearview licenses

Good Afternoon,

I am preparing documents for Clearview do you have name, email and phone# to contact them.

Thank you.



*Atul Joshi*

Secretary of State Police,
Finance Management Section
110 East Adam St., Springfield, IL - 62701
(217) 557-0907 AJoshi@ilsos.gov

---

**From:** Baker, Tina
**Sent:** Monday, November 04, 2019 4:35 PM
**To:** Geier, Michael A.
**Cc:** Piazza, Peter; Joshi, Atul S
**Subject:** Purchase Request for Clearview licenses

Chief Geier,

Attached is the purchase request for five Clearview licenses that the director told me last week to send to him. I have also included the quote and the sole source document received earlier today. I believe that there are some additional documents that AJ will take care of before this actually hits your desk.

We are very excited to be able to add this application to our facial recognition program.

Thank you,

EXHIBIT 2

Tina

*Tina Baker*

Tina Baker
Illinois Secretary of State Police
Police Inquiry Unit, Supervisor
501 South Second Street, Rm 011
Springfield, Illinois 62756
Phone: (217) 785-0309
Fax: (217) 782-2896
Email: tbaker@ilsos.gov
Secure: tina.baker@leo.gov
Unit Email: sospolicepiu@ilsos.gov
Images: sospoliceimages@ilsos.gov

http://www.ilsos.gov/ContactFormsWeb/policesurvey.jsp
Please take the time to let us know that our information was helpful, or how we can better serve you in the future.
Thank you, and have a great day!

## Our email addresses have changed from .net to .gov Please update your contact information accordingly.

---

**From:** Mark <mark@rockymountainanalytics.com>
**Sent:** Monday, November 4, 2019 4:01 PM
**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** External: RMDA Quote and Sole Manufacturer Statement

Tina,

Please find the quote and signed sole source/manufacturer statement attached.

Best,

Mark
RMDA

**Leonard, Donna**

| | |
|---|---|
| **From:** | Daley, Jamie |
| **Sent:** | Tuesday, October 29, 2019 1:13 PM |
| **To:** | Baker, Tina |
| **Cc:** | Chapman, Kory E. |
| **Subject:** | FW: External: Following up on our call re: Clearview DROPPED THE PRICE IN HALF |
| **Attachments:** | clearview_ilsos_quote_1_oct_2019.pdf |

Tina- I have included Kory Chapman of IT in this response. I have no knowledge and your fiscal officer would complete all procurement. Kory can do an assessment of what you are wanting; he may need additional information and will have to make sure it will function on the system.

---

**From:** Baker, Tina
**Sent:** Tuesday, October 29, 2019 12:43 PM
**To:** Daley, Jamie
**Subject:** FW: External: Following up on our call re: Clearview DROPPED THE PRICE IN HALF

Jamie,

Can you help me figure out if there is anything like this out there to get an additional quote, or how to write this up as sole source?

I have asked for an updated quote, if you think we need it.

Thanks,

Tina

---

**From:** Baker, Tina
**Sent:** Tuesday, October 1, 2019 12:37 PM
**To:** Geier, Michael A. <MGeier@ilsos.gov>
**Subject:** FW: External: Following up on our call re: Clearview DROPPED THE PRICE IN HALF

Original pricing sheet had 5 for 10,000. This quote is 5 for 5,000.

**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Tuesday, October 1, 2019 12:35 PM
**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** Re: External: Following up on our call re: Clearview

Tina,

No - the best price I can give you is 5 for 5k, which is a great deal! I have attached a quote to that effect to this email.

Are you free for a call sometime this week? I'd love to catch up on how it's been going since we last spoke and see how much we can help your agency with our galleries feature that is in development.

Best regards,

Marko Jukic
Clearview AI
(703) 939-2929
mmj@clearview.ai

On Mon, Sep 30, 2019 at 11:07 AM Baker, Tina <TBaker@ilsos.gov> wrote:

Mr. Jukic,

Is the pricing sheet that you gave me best price? My boss has asked for a quote for five licenses.

Thank you,

Tina

*Tina Baker*

Tina Baker

Illinois Secretary of State Police

Police Inquiry Unit, Supervisor

501 South Second Street, Rm 011

Springfield, Illinois 62756

Phone: (217) 785-0309

Fax: (217) 782-2896

Email: tbaker@ilsos.gov

```
Secure: tina.baker@leo.gov

Unit Email: sospolicepiu@ilsos.gov

Images: sospoliceimages@ilsos.gov
```

http://www.ilsos.gov/ContactFormsWeb/policesurvey.jsp

Please take the time to let us know that our information was helpful, or how we can better serve you in the future. Thank you, and have a great day!

## Our email addresses have changed from .net to .gov Please update your contact information accordingly.

**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Wednesday, September 25, 2019 11:16 AM
**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** External: Following up on our call re: Clearview

Hi Tina,

Great speaking on the phone a moment ago! It's great to hear you're already having success with Clearview.

Let's get some more of your colleagues using Clearview. Free trial, no strings attached, unlimited searches, etc. - the whole shebang. You can invite them through the app or just give me their names and emails and I'll set them up immediately.

In our experience the more people searching the more successes, which is what we all want!

I've attached our pricing sheet and a briefing sheet with more information just FYI. We are always happy to cut a great deal especially for our smaller departments, so it's not set in stone, but this is basically the price range.

Here are some other key points you can share regarding Clearview:

- Our proprietary database of nearly 3 billion facial images pulls from open sources that no other software is pulling from to our knowledge. Clearview has results nobody else does. We are able to provide signed sole source/sole manufacturer letters.

- Our algorithm has an accuracy rate above 98.6% per third-party testing with Megaface. This is the highest in the world and higher than Google and Chinese companies. We are a U.S. company based in New York and over 350 law enforcement agencies nationwide are already using Clearview, ranging from federal/state agencies to local police departments.

- Clearview searches take just 1-5 seconds to return results on your smartphone (both iPhone and Android) or computer and are unlimited. No waiting for results and no limits on searching.

Just let me know if you need anything else or have any questions.

Best regards,

Marko Jukic

Clearview AI

(703) 939-2929

mmj@clearview.ai

**************************************************
Disclaimer - This email and any files transmitted with it are confidential and contain privileged or copyright information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify the Office of the Illinois Secretary of State.

If you have received this message in error, please notify the sender immediately, and delete this email from your system. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Office of the Illinois Secretary of State.
**************************************************



**Clearview AI**
15 West 72 St. - Suite 23-S
New York, NY 10023

October 1, 2019

Illinois Secretary of State Police - Police Inquiry Unit
501 South Second St, Rm 011
Springfield, IL 62756

## QUOTE

Clearview AI proposes to provide its proprietary technology to the Illinois Secretary of State Police - Police Inquiry Unit as follows:

**Product:** Clearview AI Technology, Database, and Investigative Toolkit
**Quantity:** 5 User Accounts
**Duration:** 12 months

**Each User Account Includes:**

· Unlimited Use of Clearview's Proprietary Research System
· Unlimited Access to Clearview's Proprietary Database
· iPhone/Android and/or Desktop Versions of Clearview Program Available for Each User
· Help-Desk Support

**Fee (All Inclusive - 5 Accounts for 12 months): $5000**

If this proposal meets your approval, please remit payment via **check payable to Clearview AI** and send check to:

Clearview AI
Attn: Richard Schwartz
15 West 72 St. - Suite 23-S
New York, NY 10023

***Please Note:*** *Search results established through Clearview AI and its related systems and technologies are indicative not definitive. Clearview AI, Inc. makes no guarantees as to the accuracy of its search-identification software. Law enforcement professionals MUST conduct further research in order to verify identities or other data generated by the Clearview AI system. Clearview AI is neither designed nor intended to be used as a single-source system for establishing the identity of an individual. Furthermore, Clearview AI is neither designed nor intended to be used as evidence in a court of law.*

**Leonard, Donna**

| | |
|---|---|
| **From:** | Baker, Tina |
| **Sent:** | Tuesday, October 29, 2019 12:43 PM |
| **To:** | Daley, Jamie |
| **Subject:** | FW: External: Following up on our call re: Clearview DROPPED THE PRICE IN HALF |
| **Attachments:** | clearview_ilsos_quote_1_oct_2019.pdf |

Jamie,

Can you help me figure out if there is anything like this out there to get an additional quote, or how to write this up as sole source?

I have asked for an updated quote, if you think we need it.

Thanks,

Tina

**From:** Baker, Tina
**Sent:** Tuesday, October 1, 2019 12:37 PM
**To:** Geier, Michael A.
**Subject:** FW: External: Following up on our call re: Clearview DROPPED THE PRICE IN HALF

Original pricing sheet had 5 for 10,000. This quote is 5 for 5,000.

**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Tuesday, October 1, 2019 12:35 PM
**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** Re: External: Following up on our call re: Clearview

Tina,

No - the best price I can give you is 5 for 5k, which is a great deal! I have attached a quote to that effect to this email.

Are you free for a call sometime this week? I'd love to catch up on how it's been going since we last spoke and see how much we can help your agency with our galleries feature that is in development.

Best regards,

Marko Jukic
Clearview AI
(703) 939-2929
mmj@clearview.ai

On Mon, Sep 30, 2019 at 11:07 AM Baker, Tina <TBaker@ilsos.gov> wrote:

Mr. Jukic,

Is the pricing sheet that you gave me best price? My boss has asked for a quote for five licenses.

Thank you,

Tina

*Tina Baker*

Tina Baker

Illinois Secretary of State Police

Police Inquiry Unit, Supervisor

501 South Second Street, Rm 011

Springfield, Illinois 62756

Phone: (217) 785-0309

Fax: (217) 782-2896

Email: tbaker@ilsos.gov

Secure: tina.baker@leo.gov

Unit Email: sospolicepiu@ilsos.gov

Images: sospoliceimages@ilsos.gov

http://www.ilsos.gov/ContactFormsWeb/policesurvey.jsp

Please take the time to let us know that our information was helpful, or how we can better serve you in the future. Thank you, and have a great day!

## Our email addresses have changed from .net to .gov Please update your contact information accordingly.

**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Wednesday, September 25, 2019 11:16 AM
**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** External: Following up on our call re: Clearview

Hi Tina,

Great speaking on the phone a moment ago! It's great to hear you're already having success with Clearview.

Let's get some more of your colleagues using Clearview. Free trial, no strings attached, unlimited searches, etc. - the whole shebang. You can invite them through the app or just give me their names and emails and I'll set them up immediately.

In our experience the more people searching the more successes, which is what we all want!

I've attached our pricing sheet and a briefing sheet with more information just FYI. We are always happy to cut a great deal especially for our smaller departments, so it's not set in stone, but this is basically the price range.

Here are some other key points you can share regarding Clearview:

- Our proprietary database of nearly 3 billion facial images pulls from open sources that no other software is pulling from to our knowledge. Clearview has results nobody else does. We are able to provide signed sole source/sole manufacturer letters.

• Our algorithm has an accuracy rate above 98.6% per third-party testing with Megaface. This is the highest in the world and higher than Google and Chinese companies. We are a U.S. company based in New York and over 350 law enforcement agencies nationwide are already using Clearview, ranging from federal/state agencies to local police departments.

• Clearview searches take just 1-5 seconds to return results on your smartphone (both iPhone and Android) or computer and are unlimited. No waiting for results and no limits on searching.

Just let me know if you need anything else or have any questions.

Best regards,

Marko Jukic

Clearview AI

(703) 939-2929

mmj@clearview.ai

***********************************************
Disclaimer - This email and any files transmitted with it are confidential and contain privileged or copyright information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify the Office of the Illinois Secretary of State.

If you have received this message in error, please notify the sender immediately, and delete this email from your system. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Office of the Illinois Secretary of State.
***********************************************

 **Clearview AI**
15 West 72 St. - Suite 23-S
New York, NY 10023

October 1, 2019

Illinois Secretary of State Police - Police Inquiry Unit
501 South Second St, Rm 011
Springfield, IL 62756

### QUOTE

Clearview AI proposes to provide its proprietary technology to the Illinois Secretary of State Police - Police Inquiry Unit as follows:

**Product:** Clearview AI Technology, Database, and Investigative Toolkit
**Quantity:** 5 User Accounts
**Duration:** 12 months

**Each User Account Includes:**

- Unlimited Use of Clearview's Proprietary Research System
- Unlimited Access to Clearview's Proprietary Database
- iPhone/Android and/or Desktop Versions of Clearview Program Available for Each User
- Help-Desk Support

**Fee (All Inclusive - 5 Accounts for 12 months): $5000**

If this proposal meets your approval, please remit payment via **check payable to Clearview AI** and send check to:

Clearview AI
Attn: Richard Schwartz
15 West 72 St. - Suite 23-S
New York, NY 10023

***Please Note:*** *Search results established through Clearview AI and its related systems and technologies are indicative not definitive. Clearview AI, Inc. makes no guarantees as to the accuracy of its search-identification software. Law enforcement professionals MUST conduct further research in order to verify identities or other data generated by the Clearview AI system. Clearview AI is neither designed nor intended to be used as a single-source system for establishing the identity of an individual. Furthermore, Clearview AI is neither designed nor intended to be used as evidence in a court of law.*

**Leonard, Donna**

| | |
|---|---|
| **From:** | Daley, Jamie |
| **Sent:** | Tuesday, October 29, 2019 1:13 PM |
| **To:** | Baker, Tina |
| **Cc:** | Chapman, Kory E. |
| **Subject:** | FW: External: Following up on our call re: Clearview DROPPED THE PRICE IN HALF |
| **Attachments:** | clearview_ilsos_quote_1_oct_2019.pdf |

Tina- I have included Kory Chapman of IT in this response. I have no knowledge and your fiscal officer would complete all procurement. Kory can do an assessment of what you are wanting; he may need additional information and will have to make sure it will function on the system.

---

**From:** Baker, Tina
**Sent:** Tuesday, October 29, 2019 12:43 PM
**To:** Daley, Jamie
**Subject:** FW: External: Following up on our call re: Clearview DROPPED THE PRICE IN HALF

Jamie,

Can you help me figure out if there is anything like this out there to get an additional quote, or how to write this up as sole source?

I have asked for an updated quote, if you think we need it.

Thanks,

Tina

---

**From:** Baker, Tina
**Sent:** Tuesday, October 1, 2019 12:37 PM
**To:** Geier, Michael A. <MGeier@ilsos.gov>
**Subject:** FW: External: Following up on our call re: Clearview DROPPED THE PRICE IN HALF

Original pricing sheet had 5 for 10,000. This quote is 5 for 5,000.

**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Tuesday, October 1, 2019 12:35 PM
**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** Re: External: Following up on our call re: Clearview

Tina,

No - the best price I can give you is 5 for 5k, which is a great deal! I have attached a quote to that effect to this email.

Are you free for a call sometime this week? I'd love to catch up on how it's been going since we last spoke and see how much we can help your agency with our galleries feature that is in development.

1

Best regards,

Marko Jukic
Clearview AI
(703) 939-2929
mmj@clearview.ai

On Mon, Sep 30, 2019 at 11:07 AM Baker, Tina <TBaker@ilsos.gov> wrote:

Mr. Jukic,

Is the pricing sheet that you gave me best price? My boss has asked for a quote for five licenses.

Thank you,

Tina

*Tina Baker*

Tina Baker

Illinois Secretary of State Police

Police Inquiry Unit, Supervisor

501 South Second Street, Rm 011

Springfield, Illinois 62756

Phone: (217) 785-0309

Fax: (217) 782-2896

Email: tbaker@ilsos.gov

2

Secure: tina.baker@leo.gov

Unit Email: sospolicepiu@ilsos.gov

Images: sospoliceimages@ilsos.gov


http://www.ilsos.gov/ContactFormsWeb/policesurvey.jsp

Please take the time to let us know that our information was helpful, or how we can better serve you in the future. Thank you, and have a great day!


# Our email addresses have changed from .net to .gov Please update your contact information accordingly.




**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Wednesday, September 25, 2019 11:16 AM
**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** External: Following up on our call re: Clearview

---

Hi Tina,


Great speaking on the phone a moment ago! It's great to hear you're already having success with Clearview.


Let's get some more of your colleagues using Clearview. Free trial, no strings attached, unlimited searches, etc. - the whole shebang. You can invite them through the app or just give me their names and emails and I'll set them up immediately.


In our experience the more people searching the more successes, which is what we all want!

I've attached our pricing sheet and a briefing sheet with more information just FYI. We are always happy to cut a great deal especially for our smaller departments, so it's not set in stone, but this is basically the price range.

Here are some other key points you can share regarding Clearview:

- Our proprietary database of nearly 3 billion facial images pulls from open sources that no other software is pulling from to our knowledge. Clearview has results nobody else does. We are able to provide signed sole source/sole manufacturer letters.

- Our algorithm has an accuracy rate above 98.6% per third-party testing with Megaface. This is the highest in the world and higher than Google and Chinese companies. We are a U.S. company based in New York and over 350 law enforcement agencies nationwide are already using Clearview, ranging from federal/state agencies to local police departments.

- Clearview searches take just 1-5 seconds to return results on your smartphone (both iPhone and Android) or computer and are unlimited. No waiting for results and no limits on searching.

Just let me know if you need anything else or have any questions.

Best regards,

Marko Jukic

Clearview AI

(703) 939-2929

mmj@clearview.ai

**************************************************
Disclaimer - This email and any files transmitted with it are confidential and contain privileged or copyright information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify the Office of the Illinois Secretary of State.

If you have received this message in error, please notify the sender immediately, and delete this email from your system. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Office of the Illinois Secretary of State.
**************************************************



# Clearview AI
## 15 West 72 St. - Suite 23-S
## New York, NY 10023

October 1, 2019

Illinois Secretary of State Police - Police Inquiry Unit
501 South Second St, Rm 011
Springfield, IL 62756

## QUOTE

Clearview AI proposes to provide its proprietary technology to the Illinois Secretary of State Police - Police Inquiry Unit as follows:

**Product:** Clearview AI Technology, Database, and Investigative Toolkit
**Quantity:** 5 User Accounts
**Duration:** 12 months

**Each User Account Includes:**

- Unlimited Use of Clearview's Proprietary Research System
- Unlimited Access to Clearview's Proprietary Database
- iPhone/Android and/or Desktop Versions of Clearview Program Available for Each User
- Help-Desk Support

**Fee (All Inclusive - 5 Accounts for 12 months): $5000**

If this proposal meets your approval, please remit payment via **check payable to Clearview AI** and send check to:

Clearview AI
Attn: Richard Schwartz
15 West 72 St. - Suite 23-S
New York, NY 10023

***Please Note:*** *Search results established through Clearview AI and its related systems and technologies are indicative not definitive. Clearview AI, Inc. makes no guarantees as to the accuracy of its search-identification software. Law enforcement professionals MUST conduct further research in order to verify identities or other data generated by the Clearview AI system. Clearview AI is neither designed nor intended to be used as a single-source system for establishing the identity of an individual. Furthermore, Clearview AI is neither designed nor intended to be used as evidence in a court of law.*

**Leonard, Donna**

| | |
|---|---|
| **From:** | Geier, Michael A. |
| **Sent:** | Monday, October 7, 2019 11:26 AM |
| **To:** | Baker, Tina |
| **Cc:** | Piazza, Peter |
| **Subject:** | Re: External: Following up on our call re: Clearview price lock |

Yes, that answers my question.
Thank you.

Michael A. Geier #347
Chief Deputy Director

Illinois Secretary of State Police
110 E. Adams
Springfield, IL 62701

Office: 217-782-7126
Fax: 217-524-8020
Cell: 217-836-1772
mgeier@ilsos.gov

**From:** Baker, Tina
**Sent:** Monday, October 7, 2019 11:23
**To:** Geier, Michael A.
**Subject:** FW: External: Following up on our call re: Clearview price lock
This is the response that he gave me the last time you asked about the price increase. Do you want something different?

**From:** Baker, Tina
**Sent:** Wednesday, October 2, 2019 5:48 PM
**To:** Geier, Michael A.
**Subject:** FW: External: Following up on our call re: Clearview price lock
**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Tuesday, October 1, 2019 3:28 PM
**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** Re: External: Following up on our call re: Clearview
Tina,
We are happy to discuss locking in prices for longer than 12 months. We are not currently planning to raise prices for anyone especially at such a steep increase - do not worry!
Does that answer your question or would you like to hop on a call?
Best regards,
Marko Jukic
Clearview AI
(703) 939-2929
mmj@clearview.ai
On Tue, Oct 1, 2019 at 2:55 PM Baker, Tina <TBaker@ilsos.gov> wrote:
Is this an introductory discount? Will the price change back to the original price quoted?
**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Tuesday, October 1, 2019 12:35 PM

1

**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** Re: External: Following up on our call re: Clearview

Tina,

No - the best price I can give you is 5 for 5k, which is a great deal! I have attached a quote to that effect to this email.

Are you free for a call sometime this week? I'd love to catch up on how it's been going since we last spoke and see how much we can help your agency with our galleries feature that is in development.


Best regards,
Marko Jukic
Clearview AI
(703) 939-2929
mmj@clearview.ai

On Mon, Sep 30, 2019 at 11:07 AM Baker, Tina <TBaker@ilsos.gov> wrote:

Mr. Jukic,

Is the pricing sheet that you gave me best price? My boss has asked for a quote for five licenses.

Thank you,

Tina

Tina Baker
Tina Baker
Illinois Secretary of State Police
Police Inquiry Unit, Supervisor
501 South Second Street, Rm 011
Springfield, Illinois 62756
Phone: (217) 785-0309
Fax: (217) 782-2896
Email: tbaker@ilsos.gov
Secure: tina.baker@leo.gov
Unit Email: sospolicepiu@ilsos.gov
Images: sospoliceimages@ilsos.gov
http://www.ilsos.gov/ContactFormsWeb/policesurvey.jsp
Please take the time to let us know that our information was helpful, or how we can better serve you in the future. Thank you, and have a great day!

**Our email addresses have changed from .net to .gov Please update your contact information accordingly.**

**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Wednesday, September 25, 2019 11:16 AM
**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** External: Following up on our call re: Clearview

Hi Tina,

Great speaking on the phone a moment ago! It's great to hear you're already having success with Clearview. Let's get some more of your colleagues using Clearview. Free trial, no strings attached, unlimited searches, etc. - the whole shebang. You can invite them through the app or just give me their names and emails and I'll set them up immediately.

In our experience the more people searching the more successes, which is what we all want!

I've attached our pricing sheet and a briefing sheet with more information just FYI. We are always happy to cut a great deal especially for our smaller departments, so it's not set in stone, but this is basically the price range.

Here are some other key points you can share regarding Clearview:

- Our proprietary database of nearly 3 billion facial images pulls from open sources that no other software is pulling from to our knowledge. Clearview has results nobody else does. We are able to provide signed sole source/sole manufacturer letters.
- Our algorithm has an accuracy rate above 98.6% per third-party testing with Megaface. This is the highest in the world and higher than Google and Chinese companies. We are a U.S. company based in New York and over 350 law enforcement agencies nationwide are already using Clearview, ranging from federal/state agencies to local police departments.
- Clearview searches take just 1-5 seconds to return results on your smartphone (both iPhone and Android) or computer and are unlimited. No waiting for results and no limits on searching.

Just let me know if you need anything else or have any questions.


Best regards,
Marko Jukic
Clearview AI
(703) 939-2929
mmj@clearview.ai

************************************************
Disclaimer - This email and any files transmitted with it are confidential and contain privileged or copyright information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify the Office of the Illinois Secretary of State.
If you have received this message in error, please notify the sender immediately, and delete this email from your system. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Office of the Illinois Secretary of State.
************************************************

************************************************
Disclaimer - This email and any files transmitted with it are confidential and contain privileged or copyright information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify the Office of the Illinois Secretary of State.
If you have received this message in error, please notify the sender immediately, and delete this email from your system. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Office of the Illinois Secretary of State.
************************************************

**Leonard, Donna**

| | |
|---|---|
| **From:** | Geier, Michael A. |
| **Sent:** | Monday, October 7, 2019 11:10 AM |
| **To:** | Baker, Tina |
| **Cc:** | Piazza, Peter |
| **Subject:** | Fw: External: Following up on our call re: Clearview DROPPED THE PRICE IN HALF |

Can you get something from them that this is a fixed price?
I understand it may raise due to inflation; I'm talking about after the first year will it go up? Is this a promo price?

Michael A. Geier #347
Chief Deputy Director

Illinois Secretary of State Police
110 E. Adams
Springfield, IL 62701

Office: 217-782-7126
Fax: 217-524-8020
Cell: 217-836-1772
mgeier@ilsos.gov

**From:** Geier, Michael A.
**Sent:** Tuesday, October 1, 2019 13:51
**To:** Baker, Tina
**Subject:** Re: External: Following up on our call re: Clearview DROPPED THE PRICE IN HALF
So will it go up to the initial higher price any following years?

Michael A. Geier #347
Chief Deputy Director

Illinois Secretary of State Police
110 E. Adams
Springfield, IL 62701

217-836-1772 (cell)
mgeier@ilsos.gov

On Oct 1, 2019, at 13:50, Baker, Tina wrote:

Yes, it's per year
**From:** Geier, Michael A.
**Sent:** Tuesday, October 1, 2019 1:46 PM
**To:** Baker, Tina
**Subject:** Re: External: Following up on our call re: Clearview DROPPED THE PRICE IN HALF
Is it just for the first year?

Michael A. Geier #347
Chief Deputy Director

1

Illinois Secretary of State Police
110 E. Adams
Springfield, IL 62701
217-836-1772 (cell)
mgeier@ilsos.gov

On Oct 1, 2019, at 12:37, Baker, Tina <TBaker@ilsos.gov> wrote:

Original pricing sheet had 5 for 10,000. This quote is 5 for 5,000.
**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Tuesday, October 1, 2019 12:35 PM
**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** Re: External: Following up on our call re: Clearview
Tina,
No - the best price I can give you is 5 for 5k, which is a great deal! I have attached a quote to that effect to this email.
Are you free for a call sometime this week? I'd love to catch up on how it's been going since we last spoke and see how much we can help your agency with our galleries feature that is in development.

Best regards,
Marko Jukic
Clearview AI
(703) 939-2929
mmj@clearview.ai
On Mon, Sep 30, 2019 at 11:07 AM Baker, Tina <TBaker@ilsos.gov> wrote:

Mr. Jukic,
Is the pricing sheet that you gave me best price? My boss has asked for a quote for five licenses.
Thank you,
Tina
Tina Baker
Illinois Secretary of State Police
Police Inquiry Unit, Supervisor
501 South Second Street, Rm 011
Springfield, Illinois 62756
Phone: (217) 785-0309
Fax: (217) 782-2896
Email: tbaker@ilsos.gov
Secure: tina.baker@leo.gov
Unit Email: sospolicepiu@ilsos.gov
Images: sospoliceimages@ilsos.gov
http://www.ilsos.gov/ContactFormsWeb/policesurvey.jsp
Please take the time to let us know that our information was helpful, or how we can better serve you in the future. Thank you, and have a great day!
**Our email addresses have changed from .net to .gov Please update your contact information accordingly.**

**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Wednesday, September 25, 2019 11:16 AM
**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** External: Following up on our call re: Clearview

Hi Tina,

Great speaking on the phone a moment ago! It's great to hear you're already having success with Clearview.

Let's get some more of your colleagues using Clearview. Free trial, no strings attached, unlimited searches, etc. - the whole shebang. You can invite them through the app or just give me their names and emails and I'll set them up immediately.

In our experience the more people searching the more successes, which is what we all want!

I've attached our pricing sheet and a briefing sheet with more information just FYI. We are always happy to cut a great deal especially for our smaller departments, so it's not set in stone, but this is basically the price range.

Here are some other key points you can share regarding Clearview:

- Our proprietary database of nearly 3 billion facial images pulls from open sources that no other software is pulling from to our knowledge. Clearview has results nobody else does. We are able to provide signed sole source/sole manufacturer letters.
- Our algorithm has an accuracy rate above 98.6% per third-party testing with Megaface. This is the highest in the world and higher than Google and Chinese companies. We are a U.S. company based in New York and over 350 law enforcement agencies nationwide are already using Clearview, ranging from federal/state agencies to local police departments.
- Clearview searches take just 1-5 seconds to return results on your smartphone (both iPhone and Android) or computer and are unlimited. No waiting for results and no limits on searching.

Just let me know if you need anything else or have any questions.


Best regards,
Marko Jukic
Clearview AI
(703) 939-2929
mmj@clearview.ai

*************************************************
Disclaimer - This email and any files transmitted with it are confidential and contain privileged or copyright information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify the Office of the Illinois Secretary of State.
If you have received this message in error, please notify the sender immediately, and delete this email from your system. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Office of the Illinois Secretary of State.
*************************************************

**Leonard, Donna**

| | |
|---|---|
| **From:** | Geier, Michael A. |
| **Sent:** | Tuesday, October 1, 2019 1:51 PM |
| **To:** | Baker, Tina |
| **Subject:** | Re: External: Following up on our call re: Clearview DROPPED THE PRICE IN HALF |

So will it go up to the initial higher price any following years?

Michael A. Geier #347
Chief Deputy Director

Illinois Secretary of State Police
110 E. Adams
Springfield, IL 62701

217-836-1772 (cell)
mgeier@ilsos.gov


On Oct 1, 2019, at 13:50, Baker, Tina wrote:


Yes, it's per year
**From:** Geier, Michael A.
**Sent:** Tuesday, October 1, 2019 1:46 PM
**To:** Baker, Tina
**Subject:** Re: External: Following up on our call re: Clearview DROPPED THE PRICE IN HALF
Is it just for the first year?

Michael A. Geier #347
Chief Deputy Director
Illinois Secretary of State Police
110 E. Adams
Springfield, IL 62701
217-836-1772 (cell)
mgeier@ilsos.gov



On Oct 1, 2019, at 12:37, Baker, Tina <TBaker@ilsos.gov> wrote:


Original pricing sheet had 5 for 10,000. This quote is 5 for 5,000.
**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Tuesday, October 1, 2019 12:35 PM
**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** Re: External: Following up on our call re: Clearview

1

Tina,

No - the best price I can give you is 5 for 5k, which is a great deal! I have attached a quote to that effect to this email.

Are you free for a call sometime this week? I'd love to catch up on how it's been going since we last spoke and see how much we can help your agency with our galleries feature that is in development.


Best regards,
Marko Jukic
Clearview AI
(703) 939-2929
mmj@clearview.ai

On Mon, Sep 30, 2019 at 11:07 AM Baker, Tina <TBaker@ilsos.gov> wrote:

> Mr. Jukic,
>
> Is the pricing sheet that you gave me best price? My boss has asked for a quote for five licenses.
>
> Thank you,
>
> Tina
>
> Tina Baker
>
> Tina Baker
>
> Illinois Secretary of State Police
>
> Police Inquiry Unit, Supervisor
>
> 501 South Second Street, Rm 011
>
> Springfield, Illinois 62756
>
> Phone: (217) 785-0309
>
> Fax: (217) 782-2896
>
> Email: tbaker@ilsos.gov
>
> Secure: tina.baker@leo.gov
>
> Unit Email: sospolicepiu@ilsos.gov
>
> Images: sospoliceimages@ilsos.gov
>
> http://www.ilsos.gov/ContactFormsWeb/policesurvey.jsp
>
> Please take the time to let us know that our information was helpful, or how we can better serve you in the future. Thank you, and have a great day!

**Our email addresses have changed from .net to .gov Please update your contact information accordingly.**

**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Wednesday, September 25, 2019 11:16 AM
**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** External: Following up on our call re: Clearview

Hi Tina,

Great speaking on the phone a moment ago! It's great to hear you're already having success with Clearview.

Let's get some more of your colleagues using Clearview. Free trial, no strings attached, unlimited searches, etc. - the whole shebang. You can invite them through the app or just give me their names and emails and I'll set them up immediately.

In our experience the more people searching the more successes, which is what we all want!

I've attached our pricing sheet and a briefing sheet with more information just FYI. We are always happy to cut a great deal especially for our smaller departments, so it's not set in stone, but this is basically the price range.

Here are some other key points you can share regarding Clearview:

- Our proprietary database of nearly 3 billion facial images pulls from open sources that no other software is pulling from to our knowledge. Clearview has results nobody else does. We are able to provide signed sole source/sole manufacturer letters.

- Our algorithm has an accuracy rate above 98.6% per third-party testing with Megaface. This is the highest in the world and higher than Google and Chinese companies. We are a U.S. company based in New York and over 350 law enforcement agencies nationwide are already using Clearview, ranging from federal/state agencies to local police departments.

- Clearview searches take just 1-5 seconds to return results on your smartphone (both iPhone and Android) or computer and are unlimited. No waiting for results and no limits on searching.

Just let me know if you need anything else or have any questions.

Best regards,

Marko Jukic

3

Clearview AI

(703) 939-2929

mmj@clearview.ai

***************************************************

Disclaimer - This email and any files transmitted with it are confidential and contain privileged or copyright information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify the Office of the Illinois Secretary of State.

If you have received this message in error, please notify the sender immediately, and delete this email from your system. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Office of the Illinois Secretary of State.
***************************************************

**Leonard, Donna**

| | |
|---|---|
| **From:** | Geier, Michael A. |
| **Sent:** | Tuesday, October 1, 2019 1:46 PM |
| **To:** | Baker, Tina |
| **Subject:** | Re: External: Following up on our call re: Clearview DROPPED THE PRICE IN HALF |

Is it just for the first year?

Michael A. Geier #347
Chief Deputy Director

Illinois Secretary of State Police
110 E. Adams
Springfield, IL 62701

217-836-1772 (cell)
mgeier@ilsos.gov

On Oct 1, 2019, at 12:37, Baker, Tina wrote:

Original pricing sheet had 5 for 10,000. This quote is 5 for 5,000.
**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Tuesday, October 1, 2019 12:35 PM
**To:** Baker, Tina
**Subject:** Re: External: Following up on our call re: Clearview
Tina,
No - the best price I can give you is 5 for 5k, which is a great deal! I have attached a quote to that effect to this email.
Are you free for a call sometime this week? I'd love to catch up on how it's been going since we last spoke and see how much we can help your agency with our galleries feature that is in development.

Best regards,
Marko Jukic
Clearview AI
(703) 939-2929
mmj@clearview.ai
On Mon, Sep 30, 2019 at 11:07 AM Baker, Tina <TBaker@ilsos.gov> wrote:

Mr. Jukic,

Is the pricing sheet that you gave me best price? My boss has asked for a quote for five licenses.

Thank you,

1

Tina

Tina Baker

Tina Baker

Illinois Secretary of State Police

Police Inquiry Unit, Supervisor

501 South Second Street, Rm 011

Springfield, Illinois 62756

Phone: (217) 785-0309

Fax: (217) 782-2896

Email: tbaker@ilsos.gov

Secure: tina.baker@leo.gov

Unit Email: sospolicepiu@ilsos.gov

Images: sospoliceimages@ilsos.gov

http://www.ilsos.gov/ContactFormsWeb/policesurvey.jsp

Please take the time to let us know that our information was helpful, or how we can better serve you in the future. Thank you, and have a great day!

**Our email addresses have changed from .net to .gov Please update your contact information accordingly.**

**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Wednesday, September 25, 2019 11:16 AM
**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** External: Following up on our call re: Clearview

Hi Tina,

Great speaking on the phone a moment ago! It's great to hear you're already having success with Clearview.

Let's get some more of your colleagues using Clearview. Free trial, no strings attached, unlimited searches, etc. - the whole shebang. You can invite them through the app or just give me their names and emails and I'll set them up immediately.

In our experience the more people searching the more successes, which is what we all want!

I've attached our pricing sheet and a briefing sheet with more information just FYI. We are always happy to cut a great deal especially for our smaller departments, so it's not set in stone, but this is basically the price range.

Here are some other key points you can share regarding Clearview:

- Our proprietary database of nearly 3 billion facial images pulls from open sources that no other software is pulling from to our knowledge. Clearview has results nobody else does. We are able to provide signed sole source/sole manufacturer letters.

- Our algorithm has an accuracy rate above 98.6% per third-party testing with Megaface. This is the highest in the world and higher than Google and Chinese companies. We are a U.S. company based in New York and over 350 law enforcement agencies nationwide are already using Clearview, ranging from federal/state agencies to local police departments.

- Clearview searches take just 1-5 seconds to return results on your smartphone (both iPhone and Android) or computer and are unlimited. No waiting for results and no limits on searching.

Just let me know if you need anything else or have any questions.

Best regards,

Marko Jukic

Clearview AI

(703) 939-2929

mmj@clearview.ai

*********************************************
Disclaimer - This email and any files transmitted with it are confidential and contain privileged or copyright information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify the Office of the Illinois Secretary of State.

If you have received this message in error, please notify the sender immediately, and delete this email from your system. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Office of the Illinois Secretary of State.
*********************************************

**Leonard, Donna**

| | |
|---|---|
| **From:** | Baker, Tina |
| **Sent:** | Monday, October 7, 2019 11:23 AM |
| **To:** | Geier, Michael A. |
| **Subject:** | FW: External: Following up on our call re: Clearview price lock |

This is the response that he gave me the last time you asked about the price increase. Do you want something different?

**From:** Baker, Tina
**Sent:** Wednesday, October 2, 2019 5:48 PM
**To:** Geier, Michael A.
**Subject:** FW: External: Following up on our call re: Clearview price lock

**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Tuesday, October 1, 2019 3:28 PM
**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** Re: External: Following up on our call re: Clearview

Tina,

We are happy to discuss locking in prices for longer than 12 months. We are not currently planning to raise prices for anyone especially at such a steep increase - do not worry!

Does that answer your question or would you like to hop on a call?

Best regards,

Marko Jukic
Clearview AI
(703) 939-2929
mmj@clearview.ai

On Tue, Oct 1, 2019 at 2:55 PM Baker, Tina <TBaker@ilsos.gov> wrote:

Is this an introductory discount? Will the price change back to the original price quoted?

**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Tuesday, October 1, 2019 12:35 PM
**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** Re: External: Following up on our call re: Clearview

1

Tina,

No - the best price I can give you is 5 for 5k, which is a great deal! I have attached a quote to that effect to this email.

Are you free for a call sometime this week? I'd love to catch up on how it's been going since we last spoke and see how much we can help your agency with our galleries feature that is in development.

Best regards,

Marko Jukic

Clearview AI

(703) 939-2929

mmj@clearview.ai

On Mon, Sep 30, 2019 at 11:07 AM Baker, Tina <TBaker@ilsos.gov> wrote:

Mr. Jukic,

Is the pricing sheet that you gave me best price? My boss has asked for a quote for five licenses.

Thank you,

Tina

*Tina Baker*

Tina Baker

Illinois Secretary of State Police

Police Inquiry Unit, Supervisor

501 South Second Street, Rm 011

Springfield, Illinois 62756

Phone: (217) 785-0309

Fax: (217) 782-2896

Email: tbaker@ilsos.gov

Secure: tina.baker@leo.gov

Unit Email: sospolicepiu@ilsos.gov

Images: sospoliceimages@ilsos.gov

http://www.ilsos.gov/ContactFormsWeb/policesurvey.jsp

Please take the time to let us know that our information was helpful, or how we can better serve you in the future. Thank you, and have a great day!

## Our email addresses have changed from .net to .gov Please update your contact information accordingly.

**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Wednesday, September 25, 2019 11:16 AM
**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** External: Following up on our call re: Clearview

Hi Tina,

Great speaking on the phone a moment ago! It's great to hear you're already having success with Clearview.

Let's get some more of your colleagues using Clearview. Free trial, no strings attached, unlimited searches, etc. - the whole shebang. You can invite them through the app or just give me their names and emails and I'll set them up immediately.

In our experience the more people searching the more successes, which is what we all want!

I've attached our pricing sheet and a briefing sheet with more information just FYI. We are always happy to cut a great deal especially for our smaller departments, so it's not set in stone, but this is basically the price range.

Here are some other key points you can share regarding Clearview:

- Our proprietary database of nearly 3 billion facial images pulls from open sources that no other software is pulling from to our knowledge. Clearview has results nobody else does. We are able to provide signed sole source/sole manufacturer letters.

- Our algorithm has an accuracy rate above 98.6% per third-party testing with Megaface. This is the highest in the world and higher than Google and Chinese companies. We are a U.S. company based in New York and over 350 law enforcement agencies nationwide are already using Clearview, ranging from federal/state agencies to local police departments.

- Clearview searches take just 1-5 seconds to return results on your smartphone (both iPhone and Android) or computer and are unlimited. No waiting for results and no limits on searching.

Just let me know if you need anything else or have any questions.

Best regards,

Marko Jukic

Clearview AI

(703) 939-2929

mmj@clearview.ai

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Disclaimer - This email and any files transmitted with it are confidential and contain privileged or copyright information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify the Office of the Illinois Secretary of State.

If you have received this message in error, please notify the sender immediately, and delete this email from your system. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Office of the Illinois Secretary of State.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Disclaimer - This email and any files transmitted with it are confidential and contain privileged or copyright information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify the Office of the Illinois Secretary of State.

If you have received this message in error, please notify the sender immediately, and delete this email from your system. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Office of the Illinois Secretary of State.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Leonard, Donna**

| | |
|---|---|
| **From:** | Baker, Tina |
| **Sent:** | Wednesday, October 2, 2019 5:48 PM |
| **To:** | Geier, Michael A. |
| **Subject:** | FW: External: Following up on our call re: Clearview price lock |

**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Tuesday, October 1, 2019 3:28 PM
**To:** Baker, Tina
**Subject:** Re: External: Following up on our call re: Clearview

Tina,

We are happy to discuss locking in prices for longer than 12 months. We are not currently planning to raise prices for anyone especially at such a steep increase - do not worry!

Does that answer your question or would you like to hop on a call?

Best regards,

Marko Jukic
Clearview AI
(703) 939-2929
mmj@clearview.ai

On Tue, Oct 1, 2019 at 2:55 PM Baker, Tina <TBaker@ilsos.gov> wrote:

Is this an introductory discount? Will the price change back to the original price quoted?

**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Tuesday, October 1, 2019 12:35 PM
**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** Re: External: Following up on our call re: Clearview

Tina,

No - the best price I can give you is 5 for 5k, which is a great deal! I have attached a quote to that effect to this email.

1

Are you free for a call sometime this week? I'd love to catch up on how it's been going since we last spoke and see how much we can help your agency with our galleries feature that is in development.


Best regards,


Marko Jukic

Clearview AI

(703) 939-2929

mmj@clearview.ai



On Mon, Sep 30, 2019 at 11:07 AM Baker, Tina <TBaker@ilsos.gov> wrote:

Mr. Jukic,

Is the pricing sheet that you gave me best price? My boss has asked for a quote for five licenses.


Thank you,


Tina



*Tina Baker*

Tina Baker

Illinois Secretary of State Police

Police Inquiry Unit, Supervisor

501 South Second Street, Rm 011

Springfield, Illinois 62756

Phone: (217) 785-0309

Fax: (217) 782-2896

Email: tbaker@ilsos.gov

Secure: tina.baker@leo.gov

Unit Email: sospolicepiu@ilsos.gov

Images: sospoliceimages@ilsos.gov


http://www.ilsos.gov/ContactFormsWeb/policesurvey.jsp

Please take the time to let us know that our information was helpful, or how we can better serve you in the future. Thank you, and have a great day!

---

## Our email addresses have changed from .net to .gov Please update your contact information accordingly.

**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Wednesday, September 25, 2019 11:16 AM
**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** External: Following up on our call re: Clearview


Hi Tina,

Great speaking on the phone a moment ago! It's great to hear you're already having success with Clearview.

Let's get some more of your colleagues using Clearview. Free trial, no strings attached, unlimited searches, etc. - the whole shebang. You can invite them through the app or just give me their names and emails and I'll set them up immediately.

In our experience the more people searching the more successes, which is what we all want!

I've attached our pricing sheet and a briefing sheet with more information just FYI. We are always happy to cut a great deal especially for our smaller departments, so it's not set in stone, but this is basically the price range.

Here are some other key points you can share regarding Clearview:

- Our proprietary database of nearly 3 billion facial images pulls from open sources that no other software is pulling from to our knowledge. Clearview has results nobody else does. We are able to provide signed sole source/sole manufacturer letters.

- Our algorithm has an accuracy rate above 98.6% per third-party testing with Megaface. This is the highest in the world and higher than Google and Chinese companies. We are a U.S. company based in New York and over 350 law enforcement agencies nationwide are already using Clearview, ranging from federal/state agencies to local police departments.

- Clearview searches take just 1-5 seconds to return results on your smartphone (both iPhone and Android) or computer and are unlimited. No waiting for results and no limits on searching.

Just let me know if you need anything else or have any questions.

Best regards,

Marko Jukic

Clearview AI

(703) 939-2929

mmj@clearview.ai

4

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Disclaimer - This email and any files transmitted with it are confidential and contain privileged or copyright information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify the Office of the Illinois Secretary of State.

If you have received this message in error, please notify the sender immediately, and delete this email from your system. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Office of the Illinois Secretary of State.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Disclaimer - This email and any files transmitted with it are confidential and contain privileged or copyright information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify the Office of the Illinois Secretary of State.

If you have received this message in error, please notify the sender immediately, and delete this email from your system. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Office of the Illinois Secretary of State.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Leonard, Donna**

| | |
|---|---|
| **From:** | Baker, Tina |
| **Sent:** | Tuesday, October 1, 2019 1:50 PM |
| **To:** | Geier, Michael A. |
| **Subject:** | RE: External: Following up on our call re: Clearview DROPPED THE PRICE IN HALF |

Yes, it's per year

**From:** Geier, Michael A.
**Sent:** Tuesday, October 1, 2019 1:46 PM
**To:** Baker, Tina
**Subject:** Re: External: Following up on our call re: Clearview DROPPED THE PRICE IN HALF

Is it just for the first year?

Michael A. Geier #347
Chief Deputy Director

Illinois Secretary of State Police
110 E. Adams
Springfield, IL 62701

217-836-1772 (cell)
mgeier@ilsos.gov

On Oct 1, 2019, at 12:37, Baker, Tina <TBaker@ilsos.gov> wrote:

Original pricing sheet had 5 for 10,000. This quote is 5 for 5,000.

**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Tuesday, October 1, 2019 12:35 PM
**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** Re: External: Following up on our call re: Clearview

Tina,

No - the best price I can give you is 5 for 5k, which is a great deal! I have attached a quote to that effect to this email.

Are you free for a call sometime this week? I'd love to catch up on how it's been going since we last spoke and see how much we can help your agency with our galleries feature that is in development.

Best regards,

Marko Jukic
Clearview AI
(703) 939-2929
mmj@clearview.ai

On Mon, Sep 30, 2019 at 11:07 AM Baker, Tina <TBaker@ilsos.gov> wrote:

Mr. Jukic,

Is the pricing sheet that you gave me best price? My boss has asked for a quote for five licenses.

Thank you,

Tina

*Tina Baker*

---

Tina Baker

Illinois Secretary of State Police

Police Inquiry Unit, Supervisor

501 South Second Street, Rm 011

Springfield, Illinois 62756

Phone: (217) 785-0309

Fax: (217) 782-2896

Email: tbaker@ilsos.gov

Secure: tina.baker@leo.gov

Unit Email: sospolicepiu@ilsos.gov

2

Images: sospoliceimages@ilsos.gov


http://www.ilsos.gov/ContactFormsWeb/policesurvey.jsp

Please take the time to let us know that our information was helpful, or how we can better serve you in the future. Thank you, and have a great day!


## Our email addresses have changed from .net to .gov Please update your contact information accordingly.




**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Wednesday, September 25, 2019 11:16 AM
**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** External: Following up on our call re: Clearview


Hi Tina,


Great speaking on the phone a moment ago! It's great to hear you're already having success with Clearview.


Let's get some more of your colleagues using Clearview. Free trial, no strings attached, unlimited searches, etc. - the whole shebang. You can invite them through the app or just give me their names and emails and I'll set them up immediately.


In our experience the more people searching the more successes, which is what we all want!


I've attached our pricing sheet and a briefing sheet with more information just FYI. We are always happy to cut a great deal especially for our smaller departments, so it's not set in stone, but this is basically the price range.

Here are some other key points you can share regarding Clearview:

- Our proprietary database of nearly 3 billion facial images pulls from open sources that no other software is pulling from to our knowledge. Clearview has results nobody else does. We are able to provide signed sole source/sole manufacturer letters.

- Our algorithm has an accuracy rate above 98.6% per third-party testing with Megaface. This is the highest in the world and higher than Google and Chinese companies. We are a U.S. company based in New York and over 350 law enforcement agencies nationwide are already using Clearview, ranging from federal/state agencies to local police departments.

- Clearview searches take just 1-5 seconds to return results on your smartphone (both iPhone and Android) or computer and are unlimited. No waiting for results and no limits on searching.

Just let me know if you need anything else or have any questions.

Best regards,

Marko Jukic

Clearview AI

(703) 939-2929

mmj@clearview.ai

*************************************************
Disclaimer - This email and any files transmitted with it are confidential and contain privileged or copyright information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify the Office of the Illinois Secretary of State.

If you have received this message in error, please notify the sender immediately, and delete this email from your system. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Office of the Illinois Secretary of State.
*************************************************

**Leonard, Donna**

| | |
|---|---|
| **From:** | Baker, Tina |
| **Sent:** | Tuesday, October 1, 2019 12:37 PM |
| **To:** | Geier, Michael A. |
| **Subject:** | FW: External: Following up on our call re: Clearview DROPPED THE PRICE IN HALF |
| **Attachments:** | clearview_ilsos_quote_1_oct_2019.pdf |

Original pricing sheet had 5 for 10,000. This quote is 5 for 5,000.

**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Tuesday, October 1, 2019 12:35 PM
**To:** Baker, Tina
**Subject:** Re: External: Following up on our call re: Clearview

Tina,

No - the best price I can give you is 5 for 5k, which is a great deal! I have attached a quote to that effect to this email.

Are you free for a call sometime this week? I'd love to catch up on how it's been going since we last spoke and see how much we can help your agency with our galleries feature that is in development.

Best regards,

Marko Jukic
Clearview AI
(703) 939-2929
mmj@clearview.ai

On Mon, Sep 30, 2019 at 11:07 AM Baker, Tina <TBaker@ilsos.gov> wrote:

Mr. Jukic,

Is the pricing sheet that you gave me best price? My boss has asked for a quote for five licenses.

Thank you,

Tina

1

*Tina Baker*

Tina Baker

Illinois Secretary of State Police

Police Inquiry Unit, Supervisor

501 South Second Street, Rm 011

Springfield, Illinois 62756

Phone: (217) 785-0309

Fax: (217) 782-2896

Email: tbaker@ilsos.gov

Secure: tina.baker@leo.gov

Unit Email: sospolicepiu@ilsos.gov

Images: sospoliceimages@ilsos.gov

http://www.ilsos.gov/ContactFormsWeb/policesurvey.jsp

Please take the time to let us know that our information was helpful, or how we can better serve you in the future. Thank you, and have a great day!

## Our email addresses have changed from .net to .gov Please update your contact information accordingly.

**From:** Marko Jukic [mailto:mmj@clearview.ai]
**Sent:** Wednesday, September 25, 2019 11:16 AM

**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** External: Following up on our call re: Clearview

Hi Tina,

Great speaking on the phone a moment ago! It's great to hear you're already having success with Clearview.

Let's get some more of your colleagues using Clearview. Free trial, no strings attached, unlimited searches, etc. - the whole shebang. You can invite them through the app or just give me their names and emails and I'll set them up immediately.

In our experience the more people searching the more successes, which is what we all want!

I've attached our pricing sheet and a briefing sheet with more information just FYI. We are always happy to cut a great deal especially for our smaller departments, so it's not set in stone, but this is basically the price range.

Here are some other key points you can share regarding Clearview:

- Our proprietary database of nearly 3 billion facial images pulls from open sources that no other software is pulling from to our knowledge. Clearview has results nobody else does. We are able to provide signed sole source/sole manufacturer letters.

- Our algorithm has an accuracy rate above 98.6% per third-party testing with Megaface. This is the highest in the world and higher than Google and Chinese companies. We are a U.S. company based in New York and over 350 law enforcement agencies nationwide are already using Clearview, ranging from federal/state agencies to local police departments.

- Clearview searches take just 1-5 seconds to return results on your smartphone (both iPhone and Android) or computer and are unlimited. No waiting for results and no limits on searching.

Just let me know if you need anything else or have any questions.

Best regards,

Marko Jukic

Clearview AI

(703) 939-2929

mmj@clearview.ai

************************************************

Disclaimer - This email and any files transmitted with it are confidential and contain privileged or copyright information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify the Office of the Illinois Secretary of State.

If you have received this message in error, please notify the sender immediately, and delete this email from your system. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Office of the Illinois Secretary of State.
************************************************

 **Clearview AI**
15 West 72 St. - Suite 23-S
New York, NY 10023

October 1, 2019

Illinois Secretary of State Police - Police Inquiry Unit
501 South Second St, Rm 011
Springfield, IL 62756

### QUOTE

Clearview AI proposes to provide its proprietary technology to the Illinois Secretary of State Police - Police Inquiry Unit as follows:

**Product:** Clearview AI Technology, Database, and Investigative Toolkit
**Quantity:** 5 User Accounts
**Duration:** 12 months

**Each User Account Includes:**

- Unlimited Use of Clearview's Proprietary Research System
- Unlimited Access to Clearview's Proprietary Database
- iPhone/Android and/or Desktop Versions of Clearview Program Available for Each User
- Help-Desk Support

**Fee (All Inclusive - 5 Accounts for 12 months): $5000**

If this proposal meets your approval, please remit payment via **check payable to Clearview AI** and send check to:

Clearview AI
Attn: Richard Schwartz
15 West 72 St. - Suite 23-S
New York, NY 10023

***Please Note:*** *Search results established through Clearview AI and its related systems and technologies are indicative not definitive. Clearview AI, Inc. makes no guarantees as to the accuracy of its search-identification software. Law enforcement professionals MUST conduct further research in order to verify identities or other data generated by the Clearview AI system. Clearview AI is neither designed nor intended to be used as a single-source system for establishing the identity of an individual. Furthermore, Clearview AI is neither designed nor intended to be used as evidence in a court of law.*

**Leonard, Donna**

| | |
|---|---|
| **From:** | Baker, Tina |
| **Sent:** | Wednesday, November 6, 2019 2:40 PM |
| **To:** | Joshi, Atul S |
| **Subject:** | RE: Purchase Request for Clearview licenses |

Marko Jukic
Clearview AI
(703) 939-2929
mmj@clearview.ai

**From:** Joshi, Atul S
**Sent:** Wednesday, November 6, 2019 1:45 PM
**To:** Baker, Tina
**Subject:** RE: Purchase Request for Clearview licenses

Good Afternoon,

I am preparing documents for Clearview do you have name, email and phone# to contact them.

Thank you.



*Atul Joshi*

Secretary of State Police,
Finance Management Section
110 East Adam St., Springfield, IL - 62701
(217) 557-0907 AJoshi@ilsos.gov

**From:** Baker, Tina
**Sent:** Monday, November 04, 2019 4:35 PM
**To:** Geier, Michael A.
**Cc:** Piazza, Peter; Joshi, Atul S
**Subject:** Purchase Request for Clearview licenses

Chief Geier,

Attached is the purchase request for five Clearview licenses that the director told me last week to send to him. I have also included the quote and the sole source document received earlier today. I believe that there are some additional documents that AJ will take care of before this actually hits your desk.

We are very excited to be able to add this application to our facial recognition program.

Thank you,

Tina

*Tina Baker*

```
Tina Baker
Illinois Secretary of State Police
Police Inquiry Unit, Supervisor
501 South Second Street, Rm 011
Springfield, Illinois 62756
Phone: (217) 785-0309
Fax: (217) 782-2896
Email: tbaker@ilsos.gov
Secure: tina.baker@leo.gov
Unit Email: sospolicepiu@ilsos.gov
Images: sospoliceimages@ilsos.gov
```

http://www.ilsos.gov/ContactFormsWeb/policesurvey.jsp
Please take the time to let us know that our information was helpful, or how we can better serve you in the future.
Thank you, and have a great day!

## Our email addresses have changed from .net to .gov Please update your contact information accordingly.

---

**From:** Mark <mark@rockymountainanalytics.com>
**Sent:** Monday, November 4, 2019 4:01 PM
**To:** Baker, Tina <TBaker@ILSOS.GOV>
**Subject:** External: RMDA Quote and Sole Manufacturer Statement

Tina,

Please find the quote and signed sole source/manufacturer statement attached.

Best,

Mark
RMDA

**Leonard, Donna**

| | |
|---|---|
| **From:** | Joshi, Atul S |
| **Sent:** | Friday, December 6, 2019 10:28 AM |
| **To:** | 'Mark' |
| **Cc:** | 'mmj@clearview.ai' |
| **Subject:** | FW: [WARNING: ATTACHMENT UNSCANNED]Re: External: Re: Regarding W9 |
| **Attachments:** | w-9 rocky.pdf |

---

**From:** Joshi, Atul S
**Sent:** Wednesday, December 04, 2019 11:31 AM
**To:** 'Mark'
**Subject:** RE: [WARNING: ATTACHMENT UNSCANNED]Re: External: Re: Regarding W9

Good Morning Mark,

W-9 got rejected again at Comptroller's office they want you to use Social Security Numbers. I am attaching herewith copy of W-9 with highlighted portion the reason behind the non-acceptance by them.

I am really sorry for all this inconvenience cause to you. Hope we will get this approved and we will not face same problem next year as it would be in their record.


Thank you and appreciate your help.




*Atul Joshi*

Secretary of State Police,
Finance Management Section
110 East Adam St., Springfield, IL - 62701
(217) 557-0907 AJoshi@ilsos.gov

---

**From:** Mark [mailto:mark@rockymountainanalytics.com]
**Sent:** Monday, December 02, 2019 2:42 PM
**To:** Joshi, Atul S
**Subject:** [WARNING: ATTACHMENT UNSCANNED]Re: External: Re: Regarding W9

AJ,

My apologies, I thought we had the format correct. Please see the fixed W-9 in PDF format and assignment letter in compressed PDF format. I believe this is correct now - let me know if not.

The assignment letter is compressed in .zip format because for some reason your email service won't let me send it normally because the file size is too large. You should be able to download the .zip file, unzip it, and get the PDF. Let me know if this does not work technically for some reason, I will see if I can reduce the file size somehow else. Technology these days!

Best regards,

Mark
RMDA

On Mon, Dec 2, 2019 at 1:34 PM Joshi, Atul S <<u>AJoshi@ilsos.gov</u>> wrote:

Hi Mark,

I have processed your invoice today and it came back with query from Budget Department that "The first line should be individual's name and 2nd line should be business name. Also, can vendor provide us a copy of his IRS assignment letter to verify business's EIN. "

Can you please send me a new corrected W-9 and IRS assignment Letter to verify business's EIN.

Thank you,



*Atul Joshi*

Secretary of State Police,

Finance Management Section

110 East Adam St., Springfield, IL - 62701

(217) 557-0907 AJoshi@ilsos.gov

---

**From:** Mark [mailto:<u>mark@rockymountainanalytics.com</u>]
**Sent:** Tuesday, November 26, 2019 3:17 PM
**To:** Joshi, Atul S
**Subject:** External: Re: Regarding W9

AJ,

Please see the W-9 attached in PDF form. Thanks for getting in touch! Just let me know if you need anything else.

Best,

Mark

RMDA

On Tue, Nov 26, 2019 at 2:55 PM Joshi, Atul S <AJoshi@ilsos.gov> wrote:

Hi,

I am AJ from Finance Management Section, Secretary of State Police, We receive you invoice against Obligation Number 20PO013002 and to process that we need a copy of W9 Form can you please send me that.

Thank you

*Atul Joshi*

Secretary of State Police,

Finance Management Section

110 East Adam St., Springfield, IL - 62701

(217) 557-0907 AJoshi@ilsos.gov

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Disclaimer - This email and any files transmitted with it are confidential and contain privileged or copyright information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify the Office of the Illinois Secretary of State.

If you have received this message in error, please notify the sender immediately, and delete this email from your system. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Office of the Illinois Secretary of State.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Disclaimer - This email and any files transmitted with it are confidential and contain privileged or copyright information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify the Office of the Illinois Secretary of State.

If you have received this message in error, please notify the sender immediately, and delete this email from your system. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Office of the Illinois Secretary of State.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*