IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID MUTNICK, for himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 20 C 512 ) ) Judge Sharon Johnson Coleman |
| v. | ) ) Magistrate Judge Maria Valdez |
| CLEARVIEW AI, INC., *et al.* | ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL FACTUAL INFORMATION IN OPPOSITION TO DEFENDANTS' MOTION TO STAY**

Plaintiff David Mutnick, through his attorneys, respectfully notifies the Court on May 7, 2020, it was disclosed in *Buzzfeed News* that more than 105 Illinois-based entities (including law enforcement entities) have used Defendant Clearview AI, Inc.'s biometric database more than 12,500 times.[1] The reported number of Illinois users is far more extensive than previously known and provides further basis for the Court to deny the pending motion to stay (Dkt. 47). Given these extensive contacts with Illinois entities in a manner that directly relates to this litigation, it is clear that, at minimum, the Court has jurisdiction over Clearview AI, Inc. ("Clearview"). As such, any injunction this Court enters against Clearview will be fully enforceable. Plaintiff notes that the Court also has jurisdiction over Hoan Ton-That and Richard Schwartz for the reasons set forth in Plaintiff's response to the motion to stay (Dkt. 57 at 11-12), which reasons will further be expanded

---

[1] Ryan Mac, *et al.*, *Clearview AI Has Promised to Cancel All Relationships with Private Companies*, Buzzfeed News (May 7, 2020) https://www.buzzfeednews.com/article/ryanmac/clearview-ai-no-facial-recognition-private-companies (last accessed on May 8, 2020).

upon in Plaintiff's response to the pending motion to dismiss for lack of personal jurisdiction or, alternatively, to transfer venue (Dkt. 45).

Dated: May 8, 2020

                                              Respectfully submitted,

                                              /s/ Scott R. Drury
                                              SCOTT R. DRURY

Arthur Loevy (arthur@loevy.com)
Michael Kanovitz (mike@loevy.com)
Jon Loevy (jon@loevy.com)
Scott R. Drury (drury@loevy.com
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
312.243.5900

**CERTIFICATE OF SERVICE**

    I, Scott R. Drury, an attorney, hereby certify that, on May 8, 2020, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

                                            /s/ Scott R. Drury
                                            *One of David Mutnick's Attorneys*

Case: 1:20-cv-00512 Document #: 58 Filed: 05/08/20 Page 3 of 3 PageID #:666