Case: 1:20-cv-00512 Document #: 62-4 Filed: 05/20/20 Page 1 of 4 PageID #:741
Case 1:20-cv-03481-CM Document 24 Filed 05/14/20 Page 1 of 1
Case 1:20-cv-03053-CM Document 31 Filed 05/11/20 Page 1 of 1

919 THIRD AVENUE NEW YORK, NY 10022-3908

**JENNER & BLOCK** LLP

May 11, 2020

MEMO ENDORSED

Lee Wolosky
Tel +1 212 891 1628
Fax +1 212 891 1699
lwolosky@jenner.com

5/14/20

Defendants' time to respond to Complaints in these actions is adjourned sine die.

*[signature: Colleen McMahon]*

**VIA ECF**

Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Calderon v. Clearview AI, Inc.*, No. 1:20-cv-01296-CM; *Broccolino v. Clearview AI, Inc.*, No. 1:20-cv-02222-CM; *McPherson v. Clearview AI, Inc.*, No. 1:20-cv-03053-CM; *Burke v. Clearview AI, Inc.*, No. 1:20-cv-03104-CM; *John v. Clearview AI, Inc.*, No. 1:20-cv-3481-CM

Dear Chief Judge McMahon:

We write on behalf of Defendants Clearview AI, Inc. ("Clearview"), Hoan Ton-That, Richard Schwartz, and CDW Government LLC ("CDW-G") concerning our letters dated May 4 and 5, 2020 (the "Letters") in the above-captioned related cases (the "Actions"). *Calderon*, ECF Nos. 43 and 44.

As set forth in the Letters, Defendants respectfully request that the Court extend their time to respond to the complaints until after the Court rules on David Mutnick's motion to intervene and to dismiss or, alternatively, to stay cases or transfer venue. *Calderon*, ECF No. 22. All Plaintiffs in the Actions consent to this request. The current deadline for responding to the *Calderon* Complaint is this Friday, May 15, 2020.

In light of the upcoming deadline to respond to the *Calderon* complaint, Defendants respectfully request that the Court grant their request at this time at least as to Defendants' time to respond to the *Calderon* complaint.

Respectfully submitted,

/s/ Lee Wolosky

cc: Counsel of Record via ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/20

CHICAGO  LONDON  LOS ANGELES  NEW YORK  WASHINGTON, DC

WWW.JENNER.COM

EXHIBIT 4

Case: 1:20-cv-00512 Document #: 62-4 Filed: 05/20/20 Page 2 of 4 PageID #:742
Case 1:20-cv-03053-CM Document 40 Filed 05/14/20 Page 1 of 1
Case 1:20-cv-03053-CM Document 31 Filed 05/11/20 Page 1 of 1

919 THIRD AVENUE NEW YORK, NY 10022-3908

**JENNER&BLOCK** LLP

MEMO ENDORSED

Lee Wolosky
Tel +1 212 891 1628
Fax +1 212 891 1699
lwolosky@jenner.com

May 11, 2020

5/14/20

Defendants' time to respond to Complaints in these actions is adjourned sine die.

/s/ Colleen McMahon

**VIA ECF**

Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Calderon v. Clearview AI, Inc.*, No. 1:20-cv-01296-CM; *Broccolino v. Clearview AI, Inc.*, No. 1:20-cv-02222-CM; *McPherson v. Clearview AI, Inc.*, No. 1:20-cv-03053-CM; *Burke v. Clearview AI, Inc.*, No. 1:20-cv-03104-CM; *John v. Clearview AI, Inc.*, No. 1:20-cv-3481-CM

Dear Chief Judge McMahon:

We write on behalf of Defendants Clearview AI, Inc. ("Clearview"), Hoan Ton-That, Richard Schwartz, and CDW Government LLC ("CDW-G") concerning our letters dated May 4 and 5, 2020 (the "Letters") in the above-captioned related cases (the "Actions"). *Calderon*, ECF Nos. 43 and 44.

As set forth in the Letters, Defendants respectfully request that the Court extend their time to respond to the complaints until after the Court rules on David Mutnick's motion to intervene and to dismiss or, alternatively, to stay cases or transfer venue. *Calderon*, ECF No. 22. All Plaintiffs in the Actions consent to this request. The current deadline for responding to the *Calderon* Complaint is this Friday, May 15, 2020.

In light of the upcoming deadline to respond to the *Calderon* complaint, Defendants respectfully request that the Court grant their request at this time at least as to Defendants' time to respond to the *Calderon* complaint.

Respectfully submitted,

/s/ Lee Wolosky

cc: Counsel of Record via ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/20

CHICAGO   LONDON   LOS ANGELES   NEW YORK   WASHINGTON, DC

WWW.JENNER.COM

Case: 1:20-cv-00512 Document #: 62-4 Filed: 05/20/20 Page 3 of 4 PageID #:743
Case 1:20-cv-03104-CM Document 48 Filed 05/14/20 Page 1 of 1
Case 1:20-cv-03053-CM Document 31 Filed 05/11/20 Page 1 of 1

919 THIRD AVENUE NEW YORK, NY 10022-3908     JENNER&BLOCK LLP

May 11, 2020

Lee Wolosky
Tel +1 212 891 1628
Fax +1 212 891 1699
lwolosky@jenner.com

**MEMO ENDORSED**

5/14/20

Defendants' time to respond to Complaints in these actions is Adjourned sine die.

/s/ Colleen McMahon

**VIA ECF**

Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Calderon v. Clearview AI, Inc.*, No. 1:20-cv-01296-CM; *Broccolino v. Clearview AI, Inc.*, No. 1:20-cv-02222-CM; *McPherson v. Clearview AI, Inc.*, No. 1:20-cv-03053-CM; *Burke v. Clearview AI, Inc.*, No. 1:20-cv-03104-CM; *John v. Clearview AI, Inc.*, No. 1:20-cv-3481-CM

Dear Chief Judge McMahon:

We write on behalf of Defendants Clearview AI, Inc. ("Clearview"), Hoan Ton-That, Richard Schwartz, and CDW Government LLC ("CDW-G") concerning our letters dated May 4 and 5, 2020 (the "Letters") in the above-captioned related cases (the "Actions"). *Calderon*, ECF Nos. 43 and 44.

As set forth in the Letters, Defendants respectfully request that the Court extend their time to respond to the complaints until after the Court rules on David Mutnick's motion to intervene and to dismiss or, alternatively, to stay cases or transfer venue. *Calderon*, ECF No. 22. All Plaintiffs in the Actions consent to this request. The current deadline for responding to the *Calderon* Complaint is this Friday, May 15, 2020.

In light of the upcoming deadline to respond to the *Calderon* complaint, Defendants respectfully request that the Court grant their request at this time at least as to Defendants' time to respond to the *Calderon* complaint.

Respectfully submitted,

/s/ Lee Wolosky

cc:    Counsel of Record via ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/20

CHICAGO   LONDON   LOS ANGELES   NEW YORK   WASHINGTON, DC     WWW.JENNER.COM

Case: 1:20-cv-00512 Document #: 62-4 Filed: 05/20/20 Page 4 of 4 PageID #:744
Case 1:20-cv-01296-CM Document 49 Filed 05/14/20 Page 1 of 1
Case 1:20-cv-03053-CM Document 31 Filed 05/11/20 Page 1 of 1

919 THIRD AVENUE NEW YORK, NY 10022-3908

JENNER&BLOCK LLP

May 11, 2020

Lee Wolosky
Tel +1 212 891 1628
Fax +1 212 891 1699
lwolosky@jenner.com

MEMO ENDORSED

5/14/20

Defendants' time to respond to Complaints in these actions is adjourned sine die.

/s/ Colleen McMahon

**VIA ECF**

Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Calderon v. Clearview AI, Inc.*, No. 1:20-cv-01296-CM; *Broccolino v. Clearview AI, Inc.*, No. 1:20-cv-02222-CM; *McPherson v. Clearview AI, Inc.*, No. 1:20-cv-03053-CM; *Burke v. Clearview AI, Inc.*, No. 1:20-cv-03104-CM; *John v. Clearview AI, Inc.*, No. 1:20-cv-3481-CM

Dear Chief Judge McMahon:

We write on behalf of Defendants Clearview AI, Inc. ("Clearview"), Hoan Ton-That, Richard Schwartz, and CDW Government LLC ("CDW-G") concerning our letters dated May 4 and 5, 2020 (the "Letters") in the above-captioned related cases (the "Actions"). *Calderon*, ECF Nos. 43 and 44.

As set forth in the Letters, Defendants respectfully request that the Court extend their time to respond to the complaints until after the Court rules on David Mutnick's motion to intervene and to dismiss or, alternatively, to stay cases or transfer venue. *Calderon*, ECF No. 22. All Plaintiffs in the Actions consent to this request. The current deadline for responding to the *Calderon* Complaint is this Friday, May 15, 2020.

In light of the upcoming deadline to respond to the *Calderon* complaint, Defendants respectfully request that the Court grant their request at this time at least as to Defendants' time to respond to the *Calderon* complaint.

Respectfully submitted,

/s/ Lee Wolosky

cc:  Counsel of Record via ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/20

CHICAGO   LONDON   LOS ANGELES   NEW YORK   WASHINGTON, DC

WWW.JENNER.COM