IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DAVID MUTNICK, for himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CLEARVIEW AI, INC.; HOAN TON-THAT; AND RICHARD SCHWARTZ, <br><br> Defendants. | Case No. 20 C 512 <br><br> Judge Sharon Johnson Coleman |
| ANTHONY HALL, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CDW GOVERNMENT LLC and CLEARVIEW AI, INC., <br><br> Defendants. | Case No. 20 C 846 <br><br> Judge Sharon Johnson Coleman |
| CHRIS MARRON, an Individual, and MARYANN DAKER, an Individual, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CLEARVIEW AI, Inc., a Delaware Corporation, HOAN TON-THAT, an Individual; and RICHARD SCHWARTZ, an Individual, <br><br> Defendants. | Case No. 20 C 2989 <br><br> Judge Sharon Johnson Coleman |

**DEFENDANTS CLEARVIEW AI, INC., HOAN TON-THAT, AND RICHARD SCHWARTZ'S MOTION FOR EXTENSION OF TIME**

Defendants Clearview AI, Inc. ("Clearview"), Richard Schwartz, and Hoan Ton-That (together the "Defendants") respectfully move the Court for the entry of an Order extending the time for the Defendants to file an answer or otherwise respond to the operative complaints filed in each of the above-captioned matters (the "Complaints") until thirty (30) days after the Court rules on the Defendants' motion to dismiss for lack of personal jurisdiction, or, in the alternative, to transfer (the "Jurisdictional Motion"). *See* No. 20-512, Dkt. 45; No. 20-846, Dkt. 29. In support of this Motion, the Defendants state as follows:

1. The Defendants' response to each of the Complaints is currently due July 30, 2020. *See* No. 20-512, Dkts. 25 (setting response date), 29 (general order extending all deadlines 21 days); 30 (general order extending all deadlines an additional 28 days); 44(general order extending all deadlines an additional 28 days); *see also* No. 20-846, Dkt. 14 (setting response date), No. 20-2989, Dkt. 18 (setting response date).

2. This is the Defendants' second requested extension in each action. The first extension in each case was submitted before the Jurisdictional Motion was filed, was unopposed, and was granted. *Id*. Counsel for the Defendants have conferred with counsel for the *Mutnick*, *Hall* and *Marron* plaintiffs about this Motion. Plaintiffs' counsel in *Hall* and *Marron* have indicated that they do not oppose this Motion. Plaintiff's counsel in *Mutnick* has stated that he does oppose this Motion.

3. Each of the above-captioned actions has been assigned to the Court, but the cases are not yet consolidated. Nonetheless, as Plaintiff in *Mutnick* has argued multiple times, each of the above-captioned matters involves "substantively identical" classes and involves "overlapping factual and legal issues." No. 20-512, Dkt. 40 at 4. *See also* dkt. 71 at 3-4. As a result, the resolution of the Jurisdictional Motion will impact each of the above-captioned cases.

4. A ruling on the Jurisdictional Motion is likely to have a significant impact on the Defendants' response to the Complaint in each action. Most obviously, if the Court grants the Jurisdictional Motion, then the Defendants will not be required to respond to the Complaints before this Court. However, even if the Court were to deny the Jurisdictional Motion, the Court's reasoning could impact how Clearview elects to respond to the Complaints.

5. Because the Jurisdictional Motion will have a significant impact on the form and content the Defendants' responses to the Complaints (if any), Defendants would be prejudiced if they were required to file motions to dismiss or otherwise respond to the Complaints before the Jurisdictional Motion is resolved.

6. Granting this Motion will conserve both party and judicial resources and contribute to the overall efficiency of these litigations. By setting Defendants' deadline for responding to the Complaints to a reasonable period after the Jurisdictional Motion is resolved, the Court and the parties will in the first instance know whether the Defendants will be required to respond to the Complaints in this forum. If the Court denies the Jurisdictional Motion, granting this Motion will provide Defendants with a fair opportunity to consider the Court's ruling before making any decisions about how to respond to the Complaints; including whether to move to dismiss, and if so, on what grounds.

WHEREFORE, for the reasons set forth above, the Defendants respectfully request that the Court grant this Motion, and enter an Order extending the time for the Defendants to file a response to the Complaints until thirty (30) days after the Court rules on Defendants' Jurisdictional Motion pending in the *Mutnick* and *Hall* actions.

DATED: July 16, 2020                    JENNER & BLOCK LLP

                                                         By:   */s/ Lee Wolosky*
                                                                Lee Wolosky (admitted *pro hac vice*)
                                                                Andrew J. Lichtman (admitted *pro hac vice*)
                                                                JENNER & BLOCK LLP
                                                                919 Third Avenue
                                                                New York, New York 10022-3908
                                                                Phone: (212) 891-1600
                                                                lwolosky@jenner.com
                                                                alichtman@jenner.com

                                                                David P. Saunders
                                                                Howard S. Suskin
                                                                JENNER & BLOCK LLP
                                                                353 North Clark Street
                                                                Chicago, Illinois 60654
                                                                Phone: (312) 222-9350
                                                                hsuskin@jenner.com
                                                                dsaunders@jenner.com

                                                                *Attorneys for Defendants Clearview AI, Inc., Hoan Ton-That, and Richard Schwartz*

**CERTIFICATE OF SERVICE**

I certify that on July 16, 2020 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

By: <u>*/s/ Lee Wolosky*</u>
Lee Wolosky