UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

David Mutnick, et al.
        Plaintiff,

v.              Case No.: 1:20−cv−00512
              Honorable Sharon Johnson Coleman

Clearview AI, Inc., et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 21, 2020:

  MINUTE entry before the Honorable Sharon Johnson Coleman: The Court, in its discretion, grants defendants' motion to stay the proceedings [97]. The Court strikes the pending briefing schedules in relation to the motion to transfer [92] and motion for a preliminary injunction [31]. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.