IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID MUTNICK, for himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEARVIEW AI, INC.; HOAN TON-THAT; and RICHARD SCHWARTZ,<br><br>Defendants. | Case No. 1:20-cv-00512<br><br>Consolidated Case Nos.<br>1:20-cv-00840<br>1:20-cv-02989<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Maria Valdez |
| MELISSA THORNLEY, DEBORAH BENJAMIN-KOLLER, and JOSUE HERRERA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARVIEW AI, INC.,<br><br>Defendant. | Case No. 1:20-cv-03843<br><br>Judge Sharon Johnson Coleman |

**AMENDED DISCLOSURE STATEMENT OF CLEARVIEW AI, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Clearview AI, Inc. ("Clearview"), through its undersigned counsel, hereby discloses that Clearview is a private Delaware corporation. It does not have a parent company. No publicly held company owns more than 5 percent of Clearview.

DATED: October 12, 2020          Clearview AI, Inc.

                                              By:    */s/ Lee Wolosky*

                                                    One of its attorneys

Lee Wolosky
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022-3908
Phone: (212) 891-1600
lwolosky@jenner.com

## CERTIFICATE OF SERVICE

I certify that on October 12, 2020 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

> By: /s/ Lee Wolosky
> *Lee Wolosky*