# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

### NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters under 28 U.S.C. § 1407.

DATE OF HEARING SESSION:          **December 3, 2020**

LOCATION OF HEARING SESSION:     United States Judicial Panel on Multidistrict Litigation
                                 Thurgood Marshall Federal Judiciary Building
                                 One Columbus Circle, NE
                                 Washington, DC  20544-0005

TIME OF HEARING SESSION:          **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- Section A of this Schedule lists the matters designated for oral argument **by videoconference or teleconference** and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2 and Orders to Show Cause filed pursuant to Rule 8.1(a).  Any party waiving oral argument pursuant to Rule 11.1(d) need not participate in the Hearing Session videoconference or teleconference.

- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not participate in the Hearing Session.

ORAL ARGUMENT:

- **THE PANEL WILL HEAR ORAL ARGUMENT BY VIDEOCONFERENCE OR TELECONFERENCE.**  Further details regarding how the Hearing Session will be conducted—including sign-in information, allocation of argument times, and a mandatory training session for arguing attorneys—shall be provided after the filing of the parties' Notices of Presentation or Waiver of Oral Argument. Note that the training session is not mandatory for attorneys who previously have attended a training session.

- The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument.  The Panel, therefore, expects attorneys to adhere to those positions including those concerning an appropriate transferee district.

- 2 -

- The Panel expects attorneys presenting oral argument to be prepared to discuss what steps they have taken to pursue alternatives to centralization including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases.

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be filed in this office no later than **November 9, 2020**. The procedures governing Panel oral argument (Panel Rule 11.1) are attached. The Panel strictly adheres to these procedures.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

# UNITED STATES JUDICIAL PANEL
on
## MULTIDISTRICT LITIGATION

### HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on December 3, 2020, the Panel will convene a hearing session in Washington, DC, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that, in light of the ongoing COVID-19 pandemic, the Panel will hear oral argument on the matters listed on Section A of the attached Schedule **by videoconference or teleconference**, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(b), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION

_____
Karen K. Caldwell
Chair

| | |
|---|---|
| Catherine D. Perry | Nathaniel M. Gorton |
| Matthew F. Kennelly | David C. Norton |
| Roger Benitez | Dale A. Kimball |

SCHEDULE OF MATTERS FOR HEARING SESSION
December 3, 2020 -- Washington, DC


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**


(This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer. See Panel Rules 6.1 and 6.2. In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.)


MDL No. 2966 - **IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION**

Motion of plaintiff A.F. of L. - A.G.C. Building Trades Welfare Plan to transfer the following actions to the United States District Court for the Southern District of New York:

Northern District of California

NEW YORK STATE TEAMSTERS COUNCIL HEALTH AND HOSPITAL FUND v.
   JAZZ PHARMACEUTICALS, INC., ET AL., C.A. No. 3:20-04056
CITY OF PROVIDENCE, RHODE ISLAND v. JAZZ PHARMACEUTICALS PLC,
   ET AL., C.A. No. 3:20-04064
BLUE CROSS AND BLUE SHIELD ASSOCIATION v. JAZZ PHARMACEUTICALS,
   INC., ET AL., C.A. No. 3:20-04667
GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, INC. v. JAZZ
   PHARMACEUTICALS, INC., ET AL., C.A. No. 3:20-04671
UFCW LOCAL 1500 WELFARE FUND v. JAZZ PHARMACEUTICALS, INC.,
   ET AL., C.A. No. 3:20-04725

Southern District of New York

A.F. OF L. - A.G.C. BUILDING TRADES WELFARE PLAN v. AMNEAL
   PHARMACEUTICALS LLC, ET AL., C.A. No. 7:20-06003

MDL No. 2967 - **IN RE: CLEARVIEW AI, INC., CONSUMER PRIVACY LITIGATION**

Motion of defendants Clearview AI, Inc.; Hoan Ton-That; and Richard Schwartz to transfer the following actions to the United States District Court for the Southern District of New York:

Northern District of Illinois

MUTNICK v. CLEARVIEW AI, INC., ET AL., C.A. No. 1:20-00512
HALL v. CDW GOVERNMENT LLC, ET AL., C.A. No. 1:20-00846

MARRON, ET AL. v. CLEARVIEW AI, INC., ET AL., C.A. No. 1:20−02989
THORNLEY, ET AL. v. CLEARVIEW AI, INC., C.A. No. 1:20−03843

### Southern District of New York

CALDERON, ET AL. v. CLEARVIEW AI, INC., ET AL., C.A. No. 1:20−01296
BROCCOLINO v. CLEARVIEW AI, INC., C.A. No. 1:20−02222
MCPHERSON v. CLEARVIEW AI, INC., ET AL., C.A. No. 1:20−03053
BURKE, ET AL. v. CLEARVIEW AI, INC., ET AL., C.A. No. 1:20−03104
JOHN, ET AL. v. CLEARVIEW AI, INC., C.A. No. 1:20−03481
ROBERSON v. CLEARVIEW AI, INC., C.A. No. 1:20−03705

## MDL No. 2968 − **IN RE: GENERALI COVID−19 TRAVEL INSURANCE LITIGATION**

Motion of plaintiff Tralisa Sheridan to transfer the following actions to the United States District Court for the Eastern District of Texas:

### Central District of California

ROBBINS v. GENERALI GLOBAL ASSISTANCE, INC., ET AL.,
   C.A. No. 2:20−04904

### Northern District of Illinois

NIXON, ET AL. v. GENERALI US BRANCH, C.A. No. 1:20−02670

### District of Kansas

SANCHEZ v. GENERALI U.S. BRANCH, ET AL., C.A. No. 2:20−02380

### Southern District of New York

MORRIS v. ASSICURAZIONI GENERALI GROUP, S.P.A., ET AL.,
   C.A. No. 1:20−04430

### Northern District of Ohio

FLANIGAN v. GENERALI U.S. BRANCH, ET AL., C.A. No. 3:20−01807

### District of South Carolina

KEITH v. GENERALI US BRANCH, C.A. No. 2:20−02869

Eastern District of Texas

SHERIDAN v. ASSICURAZIONI GENERALI GROUP, S.P.A, ET AL.,
    C.A. No. 2:20‒00244
PATERSON v. GENERALI U.S. BRANCH, ET AL., C.A. No. 2:20‒00266

MDL No. 2969 ‒ **IN RE: ERIE COVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION**

    Motion, as amended, of plaintiffs Laser Spa of Rochester, LLC; Sulimays Hair Design Inc.; LA Campagna Inc.; Close Enterprises Inc.; and High Tech Hair LLC, et al., to transfer the following actions to the United States District Court for the Eastern District of Pennsylvania:

Northern District of Illinois

PGB RESTAURANT, INC., ET AL. v. ERIE INSURANCE EXCHANGE,
    C.A. No. 1:20‒02403
MENNS INC. v. ERIE INSURANCE EXCHANGE, ET AL., C.A. No. 1:20‒02895
THE ITALIAN VILLAGE RESTAURANT, INC., ET AL. v. ERIE INSURANCE
    COMPANY, C.A. No. 1:20‒03101
JERRY'S SANDWICHES AV, LLC, ET AL. v. ERIE INSURANCE COMPANY,
    C.A. No. 1:20‒03249

Western District of New York

LASER SPA OF ROCHESTER, LLC v. ERIE INSURANCE COMPANY,
    C.A. No. 6:20‒06308

Eastern District of Pennsylvania

LA CAMPAGNA INC. v. ERIE INSURANCE GROUP, C.A. No. 2:20‒02689
SULIMAY'S HAIR DESIGN INC. v. ERIE INSURANCE EXCHANGE,
    C.A. No. 2:20‒02731
HIGH TECH HAIR LLC, ET AL. v. ERIE INSURANCE EXCHANGE,
    C.A. No. 2:20‒02895

Western District of Pennsylvania

THE LOCK LOFT, LLC v. ERIE INSURANCE EXCHANGE, C.A. No. 1:20‒00122
CLOSE ENTERPRISES INC. v. ERIE INSURANCE GROUP, C.A. No. 1:20‒00147
IZZY AND GAB LLC v. ERIE INSURANCE PROPERTY AND CASUALTY
    COMPANY, C.A. No. 1:20‒00266

HELLO HOSPITALITY IV, LLC, ET AL. v. ERIE INSURANCE PROPERTY AND
    CASUALTY COMPANY, C.A. No. 1:20−00281

Middle District of Tennessee

PLEASANT FOOD, INC., ET AL. v. ERIE INSURANCE EXCHANGE,
    C.A. No. 3:20−00570

## MDL No. 2972 − IN RE: BLACKBAUD, INC., CUSTOMER DATA SECURITY BREACH LITIGATION

Motion of plaintiff William Allen to transfer the following actions to the United States
District Court for the District of South Carolina:

Central District of California

ESTES, ET AL. v. BLACKBAUD, INC., C.A. No. 2:20−08275
EISEN v. BLACKBAUD, INC., C.A. No. 2:20−08356

Southern District of Florida

ARTHUR, ET AL. v. BLACKBAUD, INC., C.A. No. 2:20−14319

Southern District of New York

GRAIFMAN v. BLACKBAUD, INC., C.A. No. 1:20−07600
ZIELINSKI v. BLACKBAUD, INC., C.A. No. 1:20−07714

District of South Carolina

ALLEN v. BLACKBAUD, INC., C.A. No. 2:20−02930
JOHNSON v. BLACKBAUD, INC., C.A. No. 2:20−03181
MARTIN v. BLACKBAUD, INC., C.A. No. 2:20−03286

## MDL No. 2973 − IN RE: ELMIRON (PENTOSAN POLYSULFATE SODIUM) PRODUCTS LIABILITY LITIGATION

Motion of plaintiffs Sherry Dobbins, et al., to transfer the following actions to the United
States District Court for the District of New Jersey:

Northern District of Alabama

HOWELL v. JANSSEN PHARMACEUTICALS, INC., ET AL., C.A. No. 2:20−00993

Southern District of California

JACKSON v. JANSSEN PHARMACEUTICALS, INC., ET AL., C.A. No. 3:20−01266

Middle District of Florida

O'FLAHERTY v. JANSSEN PHARMACEUTICALS, INC., ET AL.,
  C.A. No. 2:20−00330
SHAW v. JOHNSON & JOHNSON, ET AL., C.A. No. 5:20−00390

Southern District of Florida

RANDAZZO v. JOHNSON & JOHNSON, ET AL., C.A. No. 0:20−61721
HAMBLETT v. TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC.,
  ET AL., C.A. No. 1:20−23144
MONTGOMERY v. TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D,
  INC., ET AL., C.A. No. 1:20−23380
CRAYNE v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:20−23500

Western District of Missouri

METZGER v. BAKER NORTON U.S., INC., ET AL., C.A. No. 4:20−00543
JOHNSON v. BAKER NORTON U.S., INC., ET AL., C.A. No. 4:20−00544

District of New Jersey

HULL, ET AL. v. TEVA PHARMACEUTICALS USA, INC., ET AL.,
  C.A. No. 2:20−07079
WORDEN v. JANSSEN PHARMACEUTICALS, INC., ET AL., C.A. No. 3:20−06070
MAYOU, ET AL. v. JANSSEN PHARMACEUTICALS, INC., ET AL.,
  C.A. No. 3:20−07750
EDWARDS v. JANSSEN PHARMACEUTICALS, INC., ET AL., C.A. No. 3:20−07753
COMSTOCK v. JANSSEN PHARMACEUTICALS, INC., ET AL.,
  C.A. No. 3:20−07756
BREWER, ET AL. v. JANSSEN PHARMACEUTICALS, INC., ET AL.,
  C.A. No. 3:20−07758
MCCALL, ET AL. v. JANSSEN PHARMACEUTICALS, INC., ET AL.,
  C.A. No. 3:20−08074
DOBBINS, ET AL. v. JANSSEN PHARMACEUTICALS, INC., ET AL.,
  C.A. No. 3:20−09530
DUBOIS v. JANSSEN PHARMACEUTICALS, INC., ET AL., C.A. No. 3:20−10080
JOHNS v. ALZA CORPORATION, ET AL., C.A. No. 3:20−10341
LEVY v. ALZA CORPORATION, ET AL., C.A. No. 3:20−10342

YORK v. JANSSEN PHARMACEUTICALS, INC., ET AL., C.A. No. 3:20−10960
RODGERS v. JANSSEN PHARMACEUTICALS, INC., ET AL., C.A. No. 3:20−10966
SHAFFER v. JANSSEN PHARMACEUTICALS, INC., ET AL., C.A. No. 3:20−10968
HOLMBERG, ET AL. v. ALZA CORPORATION, ET AL., C.A. No. 3:20−11440
GROUDAN v. JANSSEN PHARMACEUTICALS, INC., ET AL.,
   C.A. No. 3:20−11912
EVANS v. JANSSEN PHARMACEUTICALS, INC., ET AL., C.A. No. 3:20−11913
SCOTT v. JANSSEN PHARMACEUTICALS, INC., ET AL., C.A. No. 3:20−11919
KOTZ v. JANSSEN PHARMACEUTICALS, INC., ET AL., C.A. No. 3:20−11921
VESCIO v. JANSSEN PHARMACEUTICALS, INC., ET AL., C.A. No.   3:20−12264
EMMONS v. JANSSEN PHARMACEUTICALS, INC., ET AL., C.A. No. 3:20−12328
LAFAVE v. TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC.,
   ET AL., C.A. No. 3:20−12421
ANTHONY, ET AL. v. JANSSEN PHARMACEUTICALS, INC., ET AL.,
   C.A. No. 3:20−12605
HARDY, ET AL. v. JANSSEN PHARMACEUTICALS, INC., ET AL.,
   C.A. No. 3:20−12608

         Middle District of North Carolina

ECHERD v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:20−00718
PARKER v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:20−00769

         Northern District of Ohio

WILLAMAN v. JANSSEN PHARMACEUTICALS, INC., C.A. No. 4:20−01984

         Southern District of Ohio

HOPKINS v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:20−00675

         Eastern District of Pennsylvania

PISCO v. JANSSEN PHARMACEUTICALS, INC., ET AL., C.A. No. 2:20−02147
ENGLISH v. JANSSEN PHARMACEUTICALS, INC., ET AL., C.A. No. 2:20−02150
ALLEN v. JANSSEN PHARMACEUTICALS, INC., ET AL., C.A. No. 2:20−02183
DAVIS v. JANSSEN PHARMACEUTICAL, INC., ET AL., C.A. No. 2:20−02207
GASSMAN v. JANSSEN PHARMACEUTICALS, INC., ET AL., C.A. No. 2:20−02234
MOTT v. JANSSEN PHARMACEUTICALS INC., C.A. No. 2:20−02871
PELCZAR v. JANSSEN PHARMACEUTICALS INC., C.A. No. 2:20−03056
SPICE v. JANSSEN PHARMACEUTICALS INC., C.A. No. 2:20−03345
MAINES v. JANSSEN PHARMACEUTICALS, INC., C.A. No. 2:20−04021
HOPPER v. JANSSEN PHARMACEUTICALS, INC., C.A. No. 2:20−04024

WARE, ET AL. v. JANSSEN PHARMACEUTICALS, INC., ET AL.,
　C.A. No. 2:20‒04053
CUTAIA v. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 2:20‒04133
MCBRAYER v. TEVA PHARMACEUTICALS USA, INC., ET AL.,
　C.A. No. 2:20‒04153
BAKER v. JANSSEN PHARMACEUTICALS INC., C.A. No. 2:20‒04157
DAVIDSON v. JANSSEN PHARMACEUTICALS INC., C.A. No. 2:20‒04158
PRITCHARD v. JANSSEN PHARMACEUTICALS INC., C.A. No. 2:20‒04160
WHEELER v. JANSSEN PHARMACEUTICALS INC., C.A. No. 2:20‒04162
BANKS v. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 2:20‒04179
HOLBROOK v. JANSSEN PHARMACEUTICALS INC., C.A. No. 2:20‒04389
REITZE v. JANSSEN PHARMACEUTICALS, INC., C.A. No. 2:20‒04394
SCHEIBE, ET AL. v. JANSSEN PHARMACEUTICALS, INC., C.A. No. 2:20‒04397
SMITH v. JANSSEN PHARMACEUTICALS, INC., C.A. No. 2:20‒04423
TIRRELL v. JANSSEN PHARMACEUTICALS, INC., C.A. No. 2:20‒04488

### Eastern District of Wisconsin

TOWNSEND v. JANSSEN ORTHO LLC, ET AL., C.A. No. 2:20‒01256
BIRD v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:20‒01309

## MDL No. 2974 ‒ **IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION**

　　　Motion of plaintiff Latiesha Traylor to transfer the following actions to the United States District Court for the Central District of California or, in the alternative, the United States District Court for the Northern District of Georgia or, in the alternative, the United States District Court for the Western District of Missouri:

### District of Arizona

SMITH v. TEVA PHARMACEUTICALS USA INCORPORATED, ET AL.,
　C.A. No. 2:20‒01675

### Central District of California

TRAYLOR v. TEVA PHARMACEUTICALS USA, INC., ET AL.,
　C.A. No. 2:19‒10824
HALPERIN v. TEVA PHARMACEUTICALS USA, INC., ET AL.,
　C.A. No. 2:19‒10825
　RILEY v. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A.No. 2:20‒00005
WENGER v. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 2:20‒07550

Eastern District of California

HUITT v. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 2:20−00954

District of Colorado

DESELMS v. TEVA PHARMACEUTICALS USA, INC., ET AL.,
   C.A. No. 1:20−02921

Middle District of Florida

LEPINE v. TEVA PHARMACEUTICALS USA INC., ET AL., C.A. No. 8:20−02002
TREDWAY v. TEVA PHAMACEUTICALS USA, INC., ET AL., C.A. No. 8:20−02087

Northern District of Florida

BRANCH v. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 4:20−00378

Southern District of Florida

GENOSIER v. TEVA PHARMACEUTICALS USA, INC., ET AL.,
   C.A. No. 0:20−61957

Northern District of Georgia

PLENDL v. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 1:20−03666
SPENCER v. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 1:20−03667
TATUM v. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 1:20−03668
MCCLARTY v. TEVA PHARMACEUTICALS USA, INC., ET AL.,
   C.A. No. 1:20−03719
LEWIS v. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 1:20−03942
RODRIGUEZ v. TEVA PHARMACEUTICALS USA, INC., ET AL.,
   C.A. No. 1:20−03945

District of Idaho

UPTON v. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 1:20−00022

Northern District of Illinois

RENELLA v. TEVA PHARMACEUTICALS USA, INC., ET AL.,
   C.A. No. 1:20−05193

Southern District of Illinois

PARKER v. COOPERSURGICAL, INC., ET AL., C.A. No. 3:20‒00494

Eastern District of Louisiana

ARIAS v. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 2:20‒02261

District of Maryland

WHITE v. TEVA PHARMACEUTICALS, US., INC., ET AL., C.A. No. 1:20‒02435

Eastern District of Michigan

SCHOENFELD v. TEVA PHARMACEUTICALS, USA, INC., ET AL.,
   C.A. No. 2:20‒12366
AL-QAWIE v. TEVA PHARMACEUTICALS, USA, INC., ET AL.,
   C.A. No. 4:20‒12248

District of Minnesota

KRUZEL v. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 0:19‒03182
WAGONER‒TROXEL v. TEVA PHARMACEUTICALS USA, INC., ET AL.,
   C.A. No. 0:20‒01871

Western District of Missouri

BURRELL v. TEVA PHARMACEUTICALS USA, INC., ET AL.,
   C.A. No. 4:20‒00687
WARREN v. TEVA PHARMACEUTICALS USA, INC., ET AL.,
   C.A. No. 4:20‒00744
SMITH v. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 4:20‒00746
MENDE v. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 4:20‒00747

District of New Mexico

HEGARTY v. TEVA PHARMACEUTICALS USA, INC., ET AL.,
   C.A. No. 1:20‒00970
RENARD v. TEVA PHARMACEUTICALS, USA, INC., ET AL.,
   C.A. No. 2:20‒00809

Northern District of New York

JOHNSON v. TEVA PHARMACEUTICALS USA, INC., ET AL.,
  C.A. No. 1:20−01019

Southern District of New York

LEWIS v. TEVA PHARMACEUTICALS, USA, INC., ET AL., C.A. No. 1:20−04048
MELENDEZ v. TEVA PHARMACEUTICALS, USA, INC., ET AL.,
  C.A. No. 1:20−06683
HARNISH v. TEVA PHARMACEUTICALS, USA, INC., ET AL.,
  C.A. No. 7:20−05942
ROJAS v. TEVA PHARMACEUTICALS, USA, INC., ET AL., C.A. No. 7:20−06448

Eastern District of North Carolina

BARRETT v. TEVA PHARMACEUTICALS USA, INC., ET AL.,
  C.A. No. 5:20−00442

Southern District of Ohio

HOLLEY v. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 2:20−04210

Eastern District of Pennsylvania

FERRELL v. TEVA PHARMACEUTICALS USA, INC., ET AL.,
  C.A. No. 2:20−04483

Middle District of Pennsylvania

GARGBER v. TEVA PHARMACEUTICALS USA, INC., ET AL.,
  C.A. No. 1:20−01529
SHANK v. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 1:20−01536

District of South Carolina

BOWERS v. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 6:20−03250

Middle District of Tennessee

ROUTT v. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 2:19−00103

Eastern District of Texas

MOORE, ET AL. v. TEVA PHARMACEUTICALS USA, INC., ET AL.,
  C.A. No. 1:20‒00369

Northern District of Texas

BIBBS v. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 3:20‒02979

Southern District of Texas

PEREZ v. TEVA PHARMACEUTICALS, USA, INC., ET AL., C.A. No. 2:20‒00212
BARCELO v. TEVA PHARMACEUTICALS USA, INC., ET AL.,
  C.A. No. 4:20‒00017

District of Utah

WALLIS v. TEVA WOMEN'S HEALTH, INC., ET AL., C.A. No. 1:19‒00148
REITH v. TEVA PHARMACEUTICALS USA, ET AL., C.A. No. 2:19‒00994
JOHNSON v. TEVA PHARMACEUTICALS USA, ET AL., C.A. No. 2:20‒00586

Eastern District of Virginia

MCINTOSH v. TEVA PHARMACEUTICALS USA, INC., ET AL.,
  C.A. No. 1:20‒00921

Western District of Washington

RAY v. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 2:20‒01384

Eastern District of Wisconsin

WEDDLE v. TEVA PHARMACEUTICALS USA, INC., ET AL.,
  C.A. No. 2:20‒00585
BENOTCH v. TEVA PHARMACEUTICALS USA, INC., ET AL.,
  C.A. No. 2:20‒01296

MDL No. 2976 − **IN RE: GOSMITH, INC., TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

Motion of defendants GoSmith, Inc.; Porch.com, Inc.; Matthew Ehrlichman; Darwin Widjaja; and Brenton Marrelli to transfer the following actions to the United States District Court for the Northern District of California:

<u>District of Alaska</u>

CLEMENTS, ET AL. v. PORCH.COM, INC., ET AL., C.A. No. 1:20−00003

<u>District of Arizona</u>

NIEBLAS, ET AL. v. PORCH.COM INC., ET AL., C.A. No. 4:20−00171

<u>Northern District of California</u>

CAIN, ET AL. v. PORCH.COM, INC., ET AL., C.A. No. 5:20−00697

<u>District of Connecticut</u>

LONGO, ET AL. v. PORCH.COM, INC., ET AL., C.A. No. 3:20−00585

<u>District of Hawaii</u>

DOWELLS, ET AL. v. PORCH.COM, INC., ET AL., C.A. No. 1:20−00192

<u>District of Montana</u>

DORAN, ET AL. v. PORCH.COM, INC., ET AL., C.A. No. 1:20−00051

<u>District of Nevada</u>

VAWTER, ET AL. v. PORCH.COM, INC., ET AL., C.A. No. 2:20−00752

<u>District of Oregon</u>

PEARSON, ET AL. v. PORCH.COM, INC., ET AL., C.A. No. 3:20−00697

<u>District of Utah</u>

HARRISON, ET AL. v. PORCH.COM, INC., ET AL., C.A. No. 2:20−00266

Case CVN/5:20 Document Dpcumentp230/Filed 10/22/16 of Page agelD 22

Eastern District of Washington

SYMS, ET AL. v. PORCH.COM, INC., ET AL., C.A. No. 2:20−00162

Western District of Washington

DAWSON, ET AL. v. PORCH.COM, INC., ET AL., C.A. No. 2:20−00604

**MDL No. 2977 − IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. II)**

Motion of plaintiffs Haff Poultry, Inc., et al., to transfer the following actions to the United States District Court for the Eastern District of Oklahoma:

District of Colorado

MCENTIRE, ET AL. v. TYSON FOODS, INC., ET AL., C.A. No. 1:20−02764

District of Kansas

COLVIN v. TYSON FOODS, INC., ET AL., C.A. No. 2:20−02464

Eastern District of North Carolina

IN RE: SANDERSON AND KOCH BROILER CHICKEN GROWER LITIGATION,
   C.A. No. 7:18−00031

Eastern District of Oklahoma

HAFF POULTRY, INC., ET AL. v. TYSON FOODS, INC., ET AL.,
   C.A. No. 6:17−00033

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 2557 − **IN RE: AUTO BODY SHOP ANTITRUST LITIGATION**

Opposition of defendants GEICO General Insurance Company, et al., to remand, under 28 U.S.C. § 1407(a), of the following actions to their respective transferor courts:

<u>Middle District of Florida</u>

QUALITY AUTO PAINTING CENTER OF ROSELLE, INC. v. STATE FARM INDEMNITY COMPANY, ET AL., C.A. No. 6:14−06012 (D. New Jersey, C.A. No. 2:14−07002)

ULTIMATE COLLISION REPAIR, INC. v. STATE FARM INDEMNITY COMPANY, ET AL., C.A. No. 6:14−06013 (D. New Jersey, C.A. No. 2:14−07003)

CAMPBELL COUNTY AUTO BODY, INC. v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL., C.A. No. 6:14−06018 (E.D. Kentucky, C.A. No. 2:14−00189)

LEE PAPPAS BODY SHOP, INC., ET AL. v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL., C.A. No. 6:14−06019 (E.D. Virginia, C.A. No. 3:14−00764)

CONCORD AUTO BODY, INC. v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL., C.A. No. 6:15−06022 (E.D. Missouri, C.A. No. 4:14−01857)

MDL No. 2570 − **IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Kristin Leigh Stephens and Joyce I. Smith and defendant Huntsville Hospital to transfer of their respective following actions to the United States District Court for the Southern District of Indiana:

<u>Northern District of Alabama</u>

STEPHENS v. COOK MEDICAL INCORPORATED, ET AL., C.A. No. 5:20−01257

<u>Northern District of Georgia</u>

SMITH v. COOK MEDICAL, LLC, ET AL., C.A. No. 1:20−02911

-14-

MDL No. 2738 – **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Youanna S. Beniamen, et al., to transfer of the following action to the United States District Court for the District of New Jersey:

<u>Northern District of Ohio</u>

BENIAMEN, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:20–01793

MDL No. 2804 – **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**

Oppositions of plaintiffs and defendant North Mississippi Center to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

<u>Southern District of Alabama</u>

POARCH BAND OF CREEK INDIANS v. MCKESSON CORPORATION, ET AL.,
    C.A. No. 1:20–00438
POARCH BAND OF CREEK INDIANS v. AMERISOURCEBERGEN DRUG
    CORPORATION, C.A. No. 1:20–00440
POARCH BAND OF CREEK INDIANS v. CARDINAL HEALTH, INC.,
    C.A. No. 1:20–00443

<u>Eastern District of California</u>

CITY OF SACRAMENTO, ET AL. v. TEVA PHARMACEUTICAL INDUSTRIES,
    LTD., ET AL., C.A. No. 2:20–01824

<u>Eastern District of Kentucky</u>

PAINTSVILLE HOSPITAL COMPANY, LLC, ET AL. v. AMNEAL
    PHARMACEUTICALS, LLC, ET AL., C.A. No. 7:20–00102

<u>Northern District of Mississippi</u>

GREER v. ELLIOTT, ET AL., C.A. No. 3:20–00248

<u>Eastern District of Missouri</u>

HICKORY COUNTY v. ALLERGAN PLC, ET AL., C.A. No. 4:20–01121
NEW MADRID COUNTY v. ALLERGAN PLC, ET AL., C.A. No. 4:20–01125
ADAIR COUNTY v. ALLERGAN PLC, ET AL., C.A. No. 4:20–01136
ANDREW COUNTY, MISSOURI v. ALLERGAN PLC, ET AL., C.A. No. 4:20–01150
DEKALB COUNTY v. ALLERGAN PLC, ET AL., C.A. No. 4:20–01191

GRUNDY COUNTY v. ALLERGAN PLC, ET AL., C.A. No. 4:20−01195
RALLS COUNTY v. ALLERGAN PLC, ET AL., C.A. No. 4:20−01252

### Western District of Oklahoma

HARMON COUNTY BOARD OF COUNTY COMMISSIONERS v. CEPHALON, INC., ET AL., C.A. No. 5:20−00850

### Eastern District of Pennsylvania

LOWER MAKEFIELD TOWNSHIP v. PURDUE PHARMA L.P., ET AL., C.A. No. 2:20−03695

### Eastern District of Virginia

DINWIDDIE COUNTY v. MALLINCKRODT, PLC, ET AL., C.A. No. 3:20−00606

## MDL No. 2875 − **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Annie Pace, Deborah Harris, Benita Smiley, and Jimmie Thorn to transfer of their respective following actions to the United States District Court for the District of New Jersey:

### Middle District of Alabama

PACE v. MAJOR PHARMACEUTICALS, ET AL., C.A. No. 3:20−00595
HARRIS v. AUROBINDO PHARMA USA, INC., ET AL., C.A. No. 3:20−00609

### Southern District of Alabama

SMILEY v. AUROBINDO PHARMA USA, INC., ET AL., C.A. No. 2:20−00416
THORN v. MYLAN PHARMACEUTICAL, INC., ET AL., C.A. No. 2:20−00442

## MDL No. 2885 − **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Northern District of Florida:

### District of Arizona

3M COMPANY, ET AL. v. TOP CLASS ACTIONS LLC, C.A. No. 2:20−mc−00031

District of Minnesota

SULTAN v. 3M COMPANY, ET AL., C.A. No. 0:20−01747
WASYLYNA v. 3M COMPANY, ET AL., C.A. No. 0:20−01753
WALLACE v. 3M COMPANY, ET AL., C.A. No. 0:20−01757
TAYLOR v. 3M COMPANY, ET AL., C.A. No. 0:20−01758
BRACA v. 3M COMPANY, ET AL., C.A. No. 0:20−01763
MARTIN v. 3M COMPANY, ET AL., C.A. No. 0:20−01765
NISBET v. 3M COMPANY, ET AL., C.A. No. 0:20−01769
SCHER v. 3M COMPANY, ET AL., C.A. No. 0:20−01771
SHOTT v. 3M COMPANY, ET AL., C.A. No. 0:20−01772
ABASCAL, ET AL. v. 3M COMPANY, ET AL., C.A. No. 0:20−01812
ACOSTA, ET AL. v. 3M COMPANY, ET AL., C.A. No. 0:20−01899
HARLAN, ET AL. v. 3M COMPANY, ET AL., C.A. No. 0:20−01933

## MDL No. 2913 − **IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Karen Browne to transfer of the following action to the United States District Court for the Northern District of California:

Northern District of New York

BROWNE v. JUUL LABS, INC., ET AL., C.A. No. 3:20−01073

## MDL No. 2924 − **IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiff State of New Mexico ex rel. Hector H. Balderas, Attorney General, and petitioner Spaulding Clinical Research, LLC to transfer of their respective following actions to the United States District Court for the Southern District of Florida:

District of New Mexico

BALDERAS v. GLAXOSMITHKLINE, LLC, ET AL., C.A. No. 1:20−00833

Eastern District of Wisconsin

IN RE: SUBPOENA DATED JUNE 18, 2020 ISSUED TO SPAULDING CLINICAL RESEARCH, LLC, C.A. No. 2:20−mc−00027

-17-

MDL No. 2931 – **IN RE: DELTA DENTAL ANTITRUST LITIGATION**

Opposition of plaintiffs Justin Ben Zvi, et al., to transfer of the following action to the United States District Court for the Northern District of Illinois:

<u>Southern District of New York</u>

BEN ZVI, ET AL. v. DELTA DENTAL OF NEW YORK INC., C.A. No. 1:20–05628

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)     Schedule.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b)     Oral Argument Statement.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

    (i)    The parties affected by a motion to transfer may agree to waive oral argument. The Panel will take this into consideration in determining the need for oral argument.

(c)     Hearing Session.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

    (i)     the dispositive issue(s) have been authoritatively decided; or
    (ii)    the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d)     Notification of Oral Argument.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

    (i)     Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.
    (ii)    The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

(e)     Duty to Confer.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f)     Time Limit for Oral Argument.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.