# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

David Mutnick, et al.

                    Plaintiff,

v.                                       Case No.: 1:20−cv−00512
                                              Honorable Sharon Johnson Coleman

Clearview AI, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 15, 2021:

      MINUTE entry before the Honorable Sharon Johnson Coleman: In light of the case being assigned to MDL 2967, plaintiff's motions for preliminary injunction and for reconsideration [31],[100] and defendants' motion to transfer case [92] are denied as moot. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.